Law Offices of Harjot Singh, P.C.

Harjot Singh, Bar No. 5507751

21 Holman Blvd, Suite 3

Hicksville, NY 11801

Tel. No.: 917-522-5600

hsingh@harjotlaw.com

Attorney for *Petitioner* SUNILKUMAR GANDABHAI PATEL

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sunilkumar Gandabhai Patel<br>*Petitioner*,<br><br>V.<br><br>RAUL MALDONADO JR., *in his official capacity as Warden, Brooklyn Metropolitan Detention Center*; WILLIAM JOYCE, *in his official capacity as Acting New York Field Office Director; U.S. Immigration & Customs Enforcement*; TODD M. LYONS, *in his official capacity as Acting Director of Immigration & Customs Enforcement;* TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States of America.* | No. A# 235-321-420<br><br>PETITION FOR WRIT OF HABEAS CORPUS – EXHIBITS IN SUPPORT OF PETITION |

# TABLE OF CONTENTS

| EXHIBIT | TAB | PAGE(S) |
|---|---|---|
| Copies of Submission made to EOIR leading up to the April 8, 2026, Bond hearing for Sunilkumar Gandabhai Patel | A | 4-57 |
| Copy of I-589 Application initially filed before USCIS to show same residential address since the time of entry in the United States | B | 58-69 |
| Copy of receipt notice issued by USCIS to show same residential address since the time of entry in the United States | C | 70-72 |
| Affidavits from friends and spouse of Sunilkumar Gandabhai Patel in support of his good moral character | D | 73-83 |
| Copy of BIA Appeal filing receipt for Case Appeal filed on May 8, 2026 | E | 84-87 |

## VERIFICATION PURSUANT TO 28 U.S.C. 2242

I am submitting this verification on behalf of the Petitioner because I am one of Petitioner's attorneys. I have discussed the events described in the Petition with the Petitioner. Based on those discussions, I hereby verify that the evidences attached herein in support of the Petition for Writ of Habeas Corpus are true and correct to the best of my knowledge.

Executed on May 14, 2026, in New York, NY.

Dated: May 14, 2026

Respectfully submitted by,

Harjot Singh, Esq.
Law Offices of Harjot Singh, P.C.
Attorney for the Petitioner-Plaintiff
Sunilkumar Gandabhai Patel

Cc: Mary M. Dickman
    Assistant U.S. Attorney
    (631) 715-7863

# EXHIBIT "A"

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV

Law Offices of Michael Z. Goldman                                 **DETAINED**
Michael Z. Goldman
100 Church Street, Suite 800
New York, NY 10007
212 -901-3799


## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## ELIZABETH, NJ

-----------------------------------------------------------
|                                          |
In the Matter of,                          )
                                           )
Sunilkumar Gandabhal Patel                 )          File No. 235-321-420
                                           )
Respondent,                                )
                                           )
In Bond Proceedings                        )
_____      )


**Immigration Judge Conroy**                **Bond Hearing Date: April 8, 2026**


### Submission of Evidence in Advance of Bond Hearing ( Part 1)

Law Offices of Michael Z. Goldman                    **DETAINED**
100 Church St., Suite 800
New York, NY 10007
212-901-3799
michael@mzglaw.com

### UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### IMMIGRATION COURT
### ELIZABETH, NJ

-----------------------------------------------------------------
                                              )
In the Matter of,                             )
                                              )
Sunilkumar Gandabhal Patel                    )        File No. 235-321-420
                                              )
Respondent,                                   )
                                              )
In Bond Proceedings                           )
                                              )
-----------------------------------------------------------------

### SUBMISSION OF BOND EXHIBITS

Respondent, by and through his representative, respectfully submits the following

exhibits in support of his upcoming bond hearing:

> Exhibit A:  Record of Respondent's Asylum Application, I-589 Receipt Notice,
> and Proof of I-589 Biometrics Taken

> Exhibit B: Proof of Respondent's Legal Entry (I-94 and Passport Visa Page)

> Exhibit C:  Copies of Respondent's Passport, New York Driver License, US
> Employment Authorization Card, and Proof of I-765 Approval

> Exhibit D: Proof of Respondent's Fixed Address

> Exhibit E:  Sponsorship Letter, Copy of US Passport, and 2024 Tax Return

> Exhibit F:  Letter of Community Involvement from Shiv Shaakhti Peeth Hindu
> Temple

6

Respectfully submitted,

Dated: April 3, 2026
        New York, NY

By: /s/ Michael Z. Goldman
Law Offices of Michael Z. Goldman
100 Church Street, Suite 800
New York, NY 10007
(212) 901-3799
Michael a mzglaw.com

# EXHIBIT A

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09.17.43 AM (Eastern Standard Time) Base City: ELZ

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

OMB No. 1615-0067; Expires 09/30/2027

**U.S. Department of Justice**
Executive Office for Immigration Review

# I-589, Application for Asylum and for Withholding of Removal

Applicant: SUNILKUMAR GANDABHAI PATEL
Submission Date: 2024-11-26T18:49:46UTC

| Do you also want to apply for withholding of removal under the Convention Against Torture?: Yes |
|---|

### Part A.I. Information About You

1. Alien Registration Number(s) (A-Number) (if any):
2. U.S. Social Security Number (if any):
3. USCIS Online Account Number (if any):
4. Complete Last Name: PATEL
5. First Name: SUNILKUMAR
6. Middle Name: GANDABHAI

7. What other names have you used (include maiden name and aliases)?

8. Residence in the U.S. (where you physically reside)

Street Number and Name: 8297 COUNTRY POINTE CIR
Apt. Number: APT 1
City: QUEENS VLG
State: NY
ZIP Code: 11427-3003
Telephone Number:

9. Mailing Address in the U.S. (if different than the address in Item Number 8)

In Care of (if applicable):
Telephone Number:
Street Number and Name: 8297 COUNTRY POINTE CIR
Apt. Number: APT 1
City: QUEENS VLG
State: NY
ZIP Code: 11427-3003

10. Gender (Male, Female): Male
11. Marital Status (Single, Married, Divorced, Widowed): married
12. Date of Birth (mm/dd/yyyy): 02-06 1992
13. City and Country of Birth:
    City: JETALPUR, MEHSANA, GUJARAT
    Country: IND
14. Present Nationality (Citizenship): IND
15. Nationality at Birth: IND
16. Race, Ethnic, or Tribal Group: ASIAN
17. Religion: HINDU

18.a. I have never been in Immigration Court proceedings.: Yes
18.b. I am now in Immigration Court proceedings:
18.c. I am not now in Immigration Court proceedings, but I have been in the past:

Form I 589 Edition 03/01/23

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: ELZ

19.a. When did you last leave your country? (mm/dd/yyyy): 06-03-2024

Last Left Your Country Other:

19.b. What is your current I-94 Number, if any?:

19.c. List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

Most Recent Entry Record:

Date of Entry: 06-04-2024

Place of Entry: NYC

Other Place of Entry:

Status: B2

Date Status Expires:

Previous Entry Record(s):

20. What country issued your last passport or travel document?: IND

21. Passport/Travel Document Number: T6331946

22. Expiration Date (mm/dd/yyyy): 05-27-2029

23. What is your native language (include dialect, if applicable)?: GUJ

24. Are you fluent in English?: No

25. What other languages do you speak fluently?

## Part A.II. Information About Your Spouse and Children

### Your spouse

1. Alien Registration Number (A-Number) (if any):

2. Passport/ID Card Number (if any): T6334866

3. Date of Birth (mm/dd/yyyy): 02-15-1994

4. U.S. Social Security Number (if any):

5. Complete Last Name: PATEL

6. First Name: ANKITABEN

7. Middle Name: SUNILKUMAR

### 8. Other names used (include maiden name and aliases)

Complete Last Name: PATEL

First Name: ANKITABEN

Middle Name: BHARATBHAI

9. Date of Marriage (mm/dd/yyyy): 04-24-2018

10. Place of Marriage: GANDHINAGAR, GUJARAT, INDIA

11. City and Country of Birth:

City: PARSA, GANDHINAGAR, GUJARAT

Country: IND

12. Nationality (Citizenship): IND

13. Race, Ethnic, or Tribal Group: ASIAN

14. Gender (Male, Female): Female

15. Is this person in the U.S.? "Yes " (Complete Blocks 16 to 24). "No" (Specify location) : Yes

Spouse Location:

16. Place of last entry into the U.S.: NYC

Other Place of Last Entry:

17. Date of last entry into the U.S. (mm/dd/yyyy): 06-04-2024

Form I-589 Edition 03/01/23

10

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: ELZ

18. I-94 Number (if any):

19. Status when last admitted (Visa type, if any): B2

20. What is your spouse's current status?: AS

21. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy):

22. Is your spouse in Immigration Court proceedings?: No

23. If previously in the U.S., date of previous arrival (mm/dd/yyyy):

24. If in the U.S., is your spouse to be included in this application?: Yes

---

**Your Children. List all of your children, regardless of age, location, or marital status.**

I have children: Yes

Total number of children: 1

---

1. Alien Registration Number (A-Number) (if any):

2. Passport/ID Card Number (if any): W5705709

3. Marital Status (Single, Married, Divorced, Widowed): single

4. U.S. Social Security Number (if any):

5. Complete Last Name: PATEL

6. First Name: VAMIKA

7. Middle Name: SUNILKUMAR

8. Date of Birth (mm/dd/yyyy): 01-14 2022

9. City and Country of Birth:

   City: GOZARIA, MEHSANA, GUJARAT

   Country: IND

10. Nationality (Citizenship): IND

11. Race, Ethnic, or Tribal Group: ASIAN

12. Gender (Male,Female): Female

13. Is this child in the U.S. ?: Yes

   Child Location:

14. Place of last entry into the U.S.: NYC

   Other Place of Last Entry:

15. Date of last entry into the U.S. (mm/dd/yyyy): 06-04-2024

16. I-94 Number (if any):

17. Status when last admitted (Visa type, if any): B2

18. What is your child's current status?: AS

19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy):

20. Is your child in Immigration Court proceedings?: No

21. If in the U.S., is this child to be included in this application?: Yes

---

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (List Address, City/Town, Department, Province, or State and Country.)

Number and Street, Line 1 (Provide if Available): PATEL VAS, JETALPUR

Number and Street, Line 2 (Provide if Available): JAGUDAN

City/Town: MEHSANA

Department, Province, or State: GUJARAT

State:

Zip Code:

     Form I-589 Edition 03/01/23

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: EL2

Postal Code: 382710

Country: IND

Dates: From (Month): 01

Dates: From (Year): 2024

Dates: To (Month): 06

Dates: To (Year): 2024

**2. Provide the following information about your residences during the past 5 years. List your present address first.**

Number and Street, Line 1: 8297 COUNTRY POINTE CIRCLE

Number and Street, Line 2: APT 1

City/Town: QUEENS VILLAGE

Department or Province:

State: NY

Postal Code:

ZIP Code: 11427

Country: USA

Dates:From(Month): 06

Dates:From(Year): 2024

Dates:To(Month): present

Dates:To(Year):

Number and Street, Line 1: PATEL VAS, JETALPUR

Number and Street, Line 2: JAGUDAN

City/Town: MEHSANA

Department or Province: GUJARAT

State:

Postal Code: 382710

ZIP Code:

Country: IND

Dates:From(Month): 01

Dates:From(Year): 2024

Dates:To(Month): 06

Dates:To(Year): 2024

Number and Street, Line 1:

Number and Street, Line 2:

City/Town:

Department or Province:

State:

Postal Code:

ZIP Code:

Country: ZAF

Dates:From(Month): 01

Dates:From(Year): 2024

Dates:To(Month): 01

Dates:To(Year): 2024

Number and Street, Line 1: PATEL VAS, JETALPUR

Number and Street, Line 2: JAGUDAN

Form I 589 Edition 03/01/23

12

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: EL2

City/Town: MEHSANA

Department or Province: GUJARAT

State:

Postal Code: 382710

ZIP Code:

Country: IND

Dates:From(Month): 12

Dates:From(Year): 2023

Dates:To(Month): present

Dates:To(Year): 2024

---

**3. Provide the following information about your education, beginning with the most recent school that you attended**

Name of School: ITI VISHNAGAR

Type of School: ITI

Location (Address):

   Street Name and Number:

   Apt. No.:

   City: MEHSANA

   State:

   ZIP Code:

   Province: GUJARAT

   Postal Code:

   Country: IND

Dates:From(Month): 01

Dates:From(Year): 2010

Dates:To(Month): 01

Dates:To(Year): 2011

---

Name of School: SARVAJANIK VIDHYLAYA AMBLIYSAN

Type of School: HIGHER SECONDARY

Location (Address):

   Street Name and Number:

   Apt. No.:

   City: MEHSANA

   State:

   ZIP Code:

   Province: GUJARAT

   Postal Code:

   Country: IND

Dates:From(Month): 06

Dates:From(Year): 2004

Dates:To(Month): 05

Dates:To(Year): 2009

---

Name of School: JETALPUR PRATHMIK SHALA

Type of School: PRIMARY AND SECONDARY SCHOOL

Location (Address):

   Street Name and Number:

　　　　　　　　　　Form I 589 Edition 03/01/23

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09.17.43 AM (Eastern Standard Time) Base City: ELZ

Apt. No.:

City: MEHSANA

State:

ZIP Code:

Province: GUJARAT

Postal Code:

Country: IND

Dates:From(Month): 06

Dates:From(Year): 1997

Dates:To(Month): 05

Dates:To(Year): 2004

**4. Provide the following information about your employment during the past 5 years. List your present employment first.**

Name and Address of Employer: SELF EMPLOYED - AGRICULTURE

Street Name and Number:

Apt. No.:

City: MEHSANA

State:

ZIP Code:

Province: GUJARAT

Postal Code:

Country: IND

Your Occupation: FARMER

Dates:From(Month): 05

Dates:From(Year): 2018

Dates:To(Month): 04

Dates:To(Year): 2024

**5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.**

Relationship (Mother, Father, Sibling): Father

First Name: GANDABHAI

Last Name: PATEL

Middle Name: MANILAL

City/Town of Birth: MEHSANA, GUJARAT

Country of Birth: IND

Current Location: MEHSANA, GUJARAT, INDIA

Deceased:

Relationship (Mother, Father, Sibling): Mother

First Name: GOMITBEN

Last Name: PATEL

Middle Name: GANDABHAI

City/Town of Birth: GANDHINAGAR, GUJARAT

Country of Birth: IND

Current Location: MEHSANA, GUJARAT, INDIA

Deceased:

Relationship (Mother, Father, Sibling): Sibling

First Name: ALPABEN

Form I 589 Edition 03/01/23

14

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:45 AM (Eastern Standard Time) Base City: EL2

**Last Name:** PATEL

**Middle Name:** J

**City/Town of Birth:** MEHSANA, GUJARAT

**Country of Birth:** IND

**Current Location:** AHMEDABAD, GUJARAT, INDIA

**Deceased:**

**Relationship (Mother, Father, Sibling):** Sibling

**First Name:** ANJANABEN

**Last Name:** PATEL

**Middle Name:** H.

**City/Town of Birth:** MEHSANA, GUJARAT

**Country of Birth:** IND

**Current Location:** AHMEDABAD, GUJARAT, INDIA

**Deceased:**

**Relationship (Mother, Father, Sibling):** Sibling

**First Name:** ASHABEN

**Last Name:** PATEL

**Middle Name:** A.

**City/Town of Birth:** MEHSANA, GUJARAT

**Country of Birth:** IND

**Current Location:** NEW YORK, USA

**Deceased:**

## Part B. Information About Your Application

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

**1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? I am seeking asylum or withholding of removal based on:**

**Race:**

**Religion:**

**Nationality:**

**Political Opinion:** Yes

**Membership in a particular social group:**

**Torture Convention:** Yes

**A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?:** Yes

If "Yes," explain in detail: 1. What happened; 2. When the harm or mistreatment or threats occurred; 3. Who caused the harm or mistreatment or threats; and 4. Why you believe the harm or mistreatment or threats occurred.: MY FAMILY AND I FACED DANGER TO OUR LIVES IN INDIA. WE FLED INDIA AND CAME TO THE UNITED STATES OF AMERICA. I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME

**B. Do you fear harm or mistreatment if you return to your home country?:** Yes

Form I-589 Edition 03/01/23

95

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: ELZ

If "Yes," explain in detail: 1. What harm or mistreatment you fear; 2. Who you believe would harm or mistreat you; and 3. Why you believe you would or could be harmed or mistreated.: I FEAR THAT MY FAMILY AND I WOULD BE FOUND AND KILLED IF WE WERE TO RETURN TO INDIA. I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME.

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?: No

If "Yes," explain the circumstances and reasons for the action:

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?: Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.: I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?: Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.: I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?: Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.: I FEAR THAT MY FAMILY AND I WOULD BE FOUND AND KILLED IF WE WERE TO RETURN TO INDIA. I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME.

## Part C. Additional Information About Your Application

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?: Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you were previously denied asylum by USCIS, an immigration judge, or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.: MY SISTER, ASHABEN A PATEL, HAS FILED FOR ASYLUM IN THE UNITED STATES BUT IS NOT A PART OF MY APPLICATION.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?: No

If "Yes," , provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so:

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?: No

If "Yes," , provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so:

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?: No

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.:

4. After you left the country where you were harmed or fear harm, did you return to that country?: No

Form I-589 Edition 03/01/23

16

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: EL2

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).):

5. Are you filing this application more than 1 year after your last arrival in the United States?: No

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.:

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?: No

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. If you have been arrested in the United States, you must submit a certified copy of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.:

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

WARNING: Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5) (A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

Print your complete name: sunilkumar gandabhai patel

Write your name in your native alphabet:

Did your spouse, parent, or child(ren) assist you in completing this application?: No

If "Yes," list the name and relationship.

Did someone other than your spouse, parent, or child(ren) prepare this application? (If "Yes," complete Part E.): No

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?: No

Signature Email Address: sunilkumar_sa1680@gmail.com

Signature Date: 11-26-2024

Electronic Filing Record

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

Form I-589 Edition 03/01/23

17

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV

Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: ELZ

| | |
|---|---|
| **Signature Of Preparer:** | |
| **Date:** | |
| **Complete Name of Preparer:** | |
| First Name: | |
| Last Name: | |
| **Daytime Telephone Number:** | |
| **Address of Preparer** | |
| Street Number and Name: | |
| Apt. Number: | |
| City: | |
| State: | |
| ZIP Code: | |
| Province: | |
| Postal Code: | |
| Country: | |
| **Attorney State Bar Number (if applicable):** | |
| **Attorney or Accredited Representative USCIS Online Account Number (if any):** | |

## Evidence

Original File Name: Passport Front   Sunilkumar.pdf
Category: Passport

Original File Name: Visa Page - Sunilkumar.pdf
Category: Visa

Original File Name: Passport Front   Aniktaben.pdf
Category: Passport

Original File Name: Passport Front · Vamika.pdf
Category: Passport

Original File Name: Visa Page - Vamika.pdf
Category: Visa

## Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

Form I 589 Edition 03/01/23

18

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: ELZ

Department of Homeland Security
U S Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type |
|---|---|---|
| MGL2592388245 | | I589   APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date** | **Priority Date** | Applicant  A235 321 420 |
| 11/26/2024 | | PATEL, SUNILKUMAR GANDABHAI |
| **Notice Date** | **Page** | |
| 11/26/2024 | 1 of 2 | |

SUNILKUMAR PATEL
8297 COUNTRY POINTE CIR
APT 1
QUEENS VLG NY  11427

**Notice Type:** Receipt Notice

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal was received and is pending as of 11/26/2024

You may remain in the United States until your asylum application is decided. Having a pending asylum application with USCIS does not preclude U S Immigration and Customs Enforcement (ICE) or U S Customs and Border Protection (CBP) from placing you into removal proceedings. If you wish to leave the United States while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MENA TPS travel authorization), from USCIS or you may be considered to have abandoned your asylum application. You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U S Postal Service will not change your address with USCIS

BIOMETRICS APPOINTMENT AND ASYLUM INTERVIEW NOTICES

You will receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

**WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.**

EMPLOYMENT AUTHORIZATION

You may file a Form I-765, Application for Employment Authorization, based on your pending asylum application 150 days after you filed your asylum application. You are not eligible to receive an Employment Authorization Document (EAD) until your asylum application has been pending for at least another 30 days, for a total of 180 days. 8 C F R 208 7(a)(1). The 150 day waiting period and the 180 day eligibility period, commonly referred to as the 180 Day Asylum EAD Clock, do not include delays that you request or cause while your asylum application is pending with an asylum office or with the Immigration Court. 8 CFR 208 7(a)(2).

Delays requested or caused by the applicant may include

- A request to transfer a case to a new asylum office or interview location, including when the transfer is based on your change of address;
- A request to reschedule an interview for a later date;
- Failure to appear at an interview or biometrics appointment;
- Failure to provide a competent interpreter at an interview (if required);
- A request to provide additional evidence at or after an interview;
- The submission of large volumes of evidence immediately before an interview that requires a reschedule; and
- Failure to receive and acknowledge an asylum decision in person (if required)

Applicants:

| Alien Number | Name |
|---|---|
| A235 321 420 | PATEL, SUNILKUMAR |
| A235 321 421 | PATEL, ANKITABEN |
| A235 321 419 | PATEL, VAMIKA |

Please see the additional information on the back. You will be notified separately about any other cases you filed
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online

New York Asylum Office
U S CITIZENSHIP & IMMIGRATION SVC
1065 Stewart Avenue, Suite 200
Bethpage NY 11714

USCIS Contact Center: www.uscis.gov/contactcenter



19

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: EL2





| **ASC Appointment Notice** | **APPLICATION/PETITION/REQUEST NUMBER** MGL2597348249 | | | **NOTICE DATE** 1/26/2024 |
|---|---|---|---|---|
| **CASE TYPE** I-589 APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | **ACCOUNT NUMBER** | **USCIS A#** A 278 321 420 | **CODE** 3 |

SUNILKUMAR GANDABHAI PATEL
8297 COUNTRY POINTE CIR
APT 1
QUEENS VLG NY 11427





DEC 16 2024

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition or request, the U.S. Citizenship & Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**WARNING:** Unless USCIS excuses you based on good cause, failure to appear at this biometrics appointment will result in an applicant causing delays that will impact your eligibility for employment authorization based on your pending asylum application. If you fail to appear at the appointment is scheduled, USCIS may (1) dismiss your asylum application, if you are in lawful immigration status or paroled, or (2) refer your application to an immigration judge, if you are not in lawful immigration status or paroled. If you fail to appear at this appointment as scheduled, and you are currently in removal proceedings, an immigration judge may deem your asylum application abandoned.

| **APPLICATION SUPPORT CENTER** USCIS QUEENS JAMAICA 153-01 Jamaica Avenue Jamaica NY 11432 | **DATE AND TIME OF APPOINTMENT** 12/16/2024 9:00AM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE**, and
2. **PHOTO IDENTIFICATION** (e.g. passport, driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Only those necessary to assist with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages or casts when you appear for biometric submission, USCIS may reschedule your ASC appointment if we determine your injuries may interfere with your biometric submission. Please do not visit a USCIS office if you are sick or free symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometric collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms-filing-guidance preparing for your biometric services appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your ASC appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/our-office-closings. Please check this page on the day of your ASC appointment. If USCIS reschedules your ASC appointment, you will receive a new ASC appointment notice.

You must update your address within 10 days if you move. For instructions, visit https://www.uscis.gov/addresschange. If you are in removal proceedings, you must also notify the Executive Office for Immigration Review (EOIR or Immigration Court) within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address/Phone Number Form-Immigration Court. For instructions, visit https://www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** Failure to update your mailing address with USCIS, and, if applicable, EOIR may result in dismissal of your asylum application, referral of your case to an immigration judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, or create immigration documents (e.g. Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R, Section 16.32. For information, please visit: https://www.fbi.gov/how-we-can-help-you/more/the-services-and-information/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more/the-services-and-information/compact-council/privacy-act-statement.

If you cannot attend your scheduled appointment, you may request to reschedule at https://my.uscis.gov/accounts/biometrics-overview or by calling the USCIS Contact Center at 1-800-375-5283 (TTY 803-767-1833). You must make your request before the date and time of the original appointment, and you must establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, and you do not appear at your appointment, USCIS may consider your application, petition, or request abandoned and, as a result, it may be denied. For more information about rescheduling, see https://www.uscis.gov/forms-filing-guidance/preparing-for-your-biometric-services-appointment.

If you cannot leave your home/hospital due to a serious ongoing medical condition, you may request a mobile biometrics appointment by following the instructions on the back of this notice under "Notice for People with Disabilities," or by visiting uscis.gov/accommodations.

For questions about this notice call 1-800-375-5283. For questions about your application, contact the Asylum Office or Immigration Court with jurisdiction over your case.

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV

# EXHIBIT B

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09.17.43 AM (Eastern Standard Time) Base City. EL2

3 2 26  7 15 AM                                    I-94 I-95 Official Website   Get Most Recent Response





Get Most Recent I-94/I-95

# Get Most Recent I-94

*Get your most recent I-94 form to prove your legal visitor status in the United States*

Need Help?

## Most Recent I-94

Note to employers, local, state or federal agency granting benefits

Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94-I-95 Website FAQs.

**Admission I-94 Record Number:** 000178916A4
**Arrival/Issued Date:** 2024 June 04
**Class of Admission:** B2
**Admit Until Date:** 2024 December 03

Details provided on the I-94 Information form:

**Last/Surname:** PATEL
**First (Given) Name:** SUNILKUMAR GANDABHAI
**Birth Date:** 1992 February 06
**Document Number:** t6331946
**Country of Citizenship:** India

https  194 cbp dhs gov search recent-search results                                                       1 2

Exh. 1 –

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09.17.43 AM (Eastern Standard Time) Base City: EL2



Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight T365) Base City: NYV

# EXHIBIT C

EOIR – 20 of 46

Exh. 1 –

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2020 at 09:17:43 AM (Eastern Standard Time) Base City: EL2



PATEL                                    T6331946

SUNILKUMAR GANDABHAI

                          M           06/02/1992

JETALPUR MEHSANA,GUJARAT

           AHMEDABAD

S.G.Patel   28/05/2019      27/05/2029

P<INDPATEL<<SUNILKUMAR<GANDABHAI<<<<<<<<<<<<<
T6331946<3IND9202069M2905279<<<<<<<<<<<<<<<2

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV

Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time)  Base City: EL2

GANDABHAI MANILAL PATEL

GOMTIBEN GANDABHAI PATEL

ANKITABEN SUNILKUMAR PATEL

PATEL VAS, JEIALPUR

JAGUDAN, MEHSANA

PIN: 382710, GUJARAT, INDIA

AH2063714151419

# NEW YORK STATE
## DRIVER LICENSE

NOT FOR
FEDERAL
PURPOSES

416 398 862                    D

PATEL
SUNILKUMAR,GANDABHAI
8297 COUNTRY POINT 2
QUEENS VLG, NY 11427

02/06/1992
04 01 2025
02 06 2030
NONE
NONE
Sex M     5'-06"  Eyes BRO



Case 2:26-cv-02622-NJC   Document 17-1   Filed 05/14/26   Page 27 of 87 PageID #:
Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
308

# UNITED STATES OF AMERICA
# EMPLOYMENT AUTHORIZATION



**Surname**

## PATEL

**Given Name**

## SUNILKUMAR G

| USCIS# | Category | Card# |
|---|---|---|
| **235-321-420** | **C08** | **IOE0932215786** |

**Terms and Conditions**

## None

| Date of Birth | Sex |
|---|---|
| **06 FEB 1992** | **M** |

**Country of Birth**

## India

Valid From: **06/06/25**

Card Expires: **06/05/30**

NOT VALID FOR REENTRY TO U.S.

Case 2:26-cv-02622-NJC    Document 17-1    Filed 05/14/26    Page 28 of 87 PageID #:

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV

389

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time)  Base City: ELZ




Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: EL2



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| | | I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** | **Priority Date** | Applicant |
| | | PATEL SUNILKUMAR GANDABHAI |
| **Notice Date** | **Page** | |
| | | |

| | |
|---|---|
| PATEL SUNILKUMAR GANDABHAI<br>8297 COUNTRY POINTE CIR APT E<br>QUEENS VILLAGE NY 11427 | **Notice Type:** Approval Notice<br>Class: C08<br>Valid from 08/06/2025 to 08/05/2030 |

This is a courtesy copy, not the official notice.

**What the Official Notice Said**

We have approved your application for employment authorization...

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online

USCIS Contact Center: www.uscis.gov/contactcenter



# EXHIBIT D

Exh. 1 –

31

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:45 AM (Eastern Standard Time) Base City: EL2

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SUNILKUMAR GANDABHAI PATEL
8297 COUNTRY POINTE CIR
QUEENS VILLAGE, NY 11427-3003

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv SafeBalance Banking

for January 11, 2025 to February 7, 2025

Account number: 4831 0755 7235

**SUNILKUMAR GANDABHAI PATEL**

## Account summary

| | |
|---|---|
| Beginning balance on January 11, 2025 | $670.00 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Service fees | -0.00 |
| Ending balance on February 7, 2025 | $670.00 |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page

## Go paperless today!

- Help reduce the risk of lost, delayed or stolen mail
- View your statements securely and easily - online or from our mobile app - 24/7 from almost anywhere*

Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com

When you use the QRC feature, certain information is collected from your mobile device for business purposes
*Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices
Message and data rates may apply



PDL B CYCLE 5 SPEC E DELIVERY E TYPE  IMAGE B SC 01

32

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: EL2

SUNILKUMAR GANDABHAI PATEL  |  Account # 4831 0755 7235  |  January 11, 2025 to February 7, 2025

## IMPORTANT INFORMATION:
### BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** ⌂ **Equal Housing Lender**

33

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV

# EXHIBIT E

EOIR - 30 of 46

Exh. 1 -

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: ZLZ

February 24, 2026

Rajat Loomba
42 Birchwood Park Dr
Jericho NY 11753

RE: PATEL SUNILKUMAR GANDABHAI

Dear Honorable Immigration Judge

My name is Rajat Loomba, and I am a Lawful Citizen of the United States. My address is 42 Birchwood Park Dr Jericho NY 11753. I am writing this letter to show my financial support of Mr. Sunilkumar Gandabhai Patel

I have known Sunilkumar for a long period of time. We are not blood related, but we come from the same part of India, and are families are acquainted with each other. I have spent time with Sunilkumar since his arrival in the United States and provided initial financial support to him before he began working

More recently, Sunilkumar has been working and supporting himself living at my property Point 2, Queens Vte, NY 11427

I promise, most of it should Sunilkumar be released, that I will provide him with whatever financial assistance is necessary to help him get back on his feet. I can also provide him with a place to live if that is necessary

I thank you for your time and consideration of Sunny's bond request.

Respectfully yours Rajat Loomba

NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
LIC # 01MA6216
COM EXP

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV
Uploaded on: 03/02/2026 at 09.17.43 AM (Eastern Standard Time)  Base City: EL2



P<USALOONIA<<RAJAT<RANJITKUMAR<<<<<<<<<<<<<<<
6831217851USA8703190M3207268117629325<170356

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09.17.43 AM (Eastern Standard Time) Base City: EL2
048931291

| Form **1040** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** | **2024** | OMB No 1545-0074 | IRS Use Only–Do not write or staple in this space |
|---|---|---|---|---|

For the year Jan 1–Dec 31, 2024 or other tax year beginning _____ 2024 ending _____ 20 ___    See separate instructions

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| RAJAT | LOONIA | 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 |

| If joint return spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| NUPUR | SHAH | 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 |

Home address (number and street) If you have a P O box, see instructions: **523 CAMBRIDGE AVE**    Apt no ___

City, town, or post office If you have a foreign address also complete spaces below: **WESTBURY**    State **NY**    ZIP code **11590**

Foreign country name ___    Foreign province/state/county ___    Foreign postal code ___

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want S3 to go to this fund Checking a box below will not change your tax or refund    ☐ You ☐ Spouse

**Filing Status**
Check only one box

- ☐ Single
- ☒ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS)
- ☐ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box enter the name of your spouse If you checked the HOH or QSS box enter the child's name if the qualifying person is a child but not your dependent

☐ If treating a nonresident alien or dual-status alien spouse as a U S resident for the entire tax year check the box and enter their name (see instructions and attach statement if required)

**Digital Assets** At any time during 2024, did you (a) receive (as a reward, award, or payment for property or services) or (b) sell exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions) ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960 ☐ Are blind Spouse: ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions)

If more than four dependents see inst and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions) Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| AYAAN    LOONIA | 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 | Son | X | |
| AGASTYA    LOONIA | 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 | Son | X | |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld

If you did not get a Form W-2, see instructions

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2 box 1 (see instructions) | 1a | 219,585 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441 line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839 line 29 | 1f | |
| g | Wages from Form 8919 line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) 1i | | |
| z | Add lines 1a through 1h | 1z | 219,585 |

Attach Sch B if required

| | | | | | | |
|---|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | 4,258 |
| 3a | Qualified dividends | 3a | 11 | b Ordinary dividends | 3b | 11 |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Soc sec ben | 6a | | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method check here (see instructions) ☐ | | | | | |

**Standard Deduction for –**
- Single or Married filing separately $14,600
- Married filing jointly or Qualifying surviving spouse $29,200
- Head of household $21,900
- If you checked any box under Standard Deduction see instructions

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss) Attach Schedule D if required If not required check here ☐ | 7 | 11,658 |
| 8 | Additional income from Schedule 1 line 10 | 8 | 2,852 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7 and 8 This is your **total income** | 9 | 238,364 |
| 10 | Adjustments to income from Schedule 1 line 26 | 10 | 0 |
| 11 | Subtract line 10 from line 9 This is your **adjusted gross income** | 11 | 238,364 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 29,200 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 29,200 |
| 15 | Subtract line 14 from line 11 if zero or less enter 0 This is your **taxable income** | 15 | 209,164 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2024)

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV

Uploaded on: 03/02/2026 at 09:17:45 AM (Eastern Standard Time) Base City: EL2

048931281

Form 1040 (2024) **RAJAT LOONIA & NUPUR SHAH** 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 Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions) Check if any from Form(s)  1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 36,284 |
| | 17 | Amount from Schedule 2 line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 36,284 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | 4,000 |
| | 20 | Amount from Schedule 3, line 8 | 20 | 600 |
| | 21 | Add lines 19 and 20 | 21 | 4,600 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 31,684 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2 line 21 | 23 | |
| | 24 | Add lines 22 and 23. This is your total tax | 24 | 31,684 |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 | 25a | 12,569 |
| | b | Form(s) 1099 | 25b | |
| | c | Other forms (see instructions) | 25c | |
| | d | Add lines 25a through 25c | 25d | 12,569 |
| If you have a qualifying child attach Sch EIC | 26 | 2024 estimated tax payments and amount applied from 2023 return | 26 | |
| | 27 | Earned income credit (EIC) | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863 line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | 8,000 |
| | 32 | Add lines 27, 28, 29, and 31. These are your total other payments and refundable credits | 32 | 8,000 |
| | 33 | Add lines 25d, 26, and 32. These are your total payments | 33 | 20,569 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you overpaid | 34 | |
| | 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here ☐ | 35a | |
| Direct deposit? See instructions | b | Routing number _____  c Type ☐ Checking  ☐ Savings | | |
| | d | Account number _____ | | |
| | 36 | Amount of line 34 you want applied to your 2025 estimated tax | 36 | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the amount you owe. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 11,354 |
| | 38 | Estimated tax penalty (see instructions) | 38 | 239 |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ Yes. Complete below     ☐ No |
| | Designee's name | Phone no. _____  Personal identification number (PIN) _____ |

| | |
|---|---|
| **Sign Here** Joint return? See instructions Keep a copy for your records | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge |

| | | | | |
|---|---|---|---|---|
| Your signature | | Date | Your occupation SERVICE | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| Spouse's signature. If a joint return, both must sign | | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | Email address | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Preparer's name DEVAL SHAH | Preparer's signature DEVAL SHAH | Date 10/14/25 | PTIN P01786303 | Check if ☐ Self-employed |
| | Firm's name **P S CONSULTING USA INC** | | | Phone no. 516-920-6950 | |
| | Firm's address **421 BROAD STREET , SUITE 11    UTICA            NY   13501** | | | Firm's EIN 81-3448604 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information                                                    Form **1040** (2024)

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09.17.45 AM (Eastern Standard Time) Base City: ELZ

048931281

| SCHEDULE 1 (Form 1040) | Additional Income and Adjustments to Income | OMB No 1545-0074 **2024** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR. Go to *www.irs.gov/Form1040* for instructions and the latest information. | Attachment Sequence No **01** |

| Name(s) shown on Form 1040 1040-SR, or 1040-NR | Your social security number |
|---|---|
| RAJAT LOONIA & NUPUR SHAH | 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 |

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss

Note: The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099*

### Part I   Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds credits, or offsets of state and local income taxes | 1 | |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions) _____ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships S corporations, trusts, etc. Attach Schedule E | 5 | 2,852 |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income | | |

| | | | |
|---|---|---|---|
| a | Net operating loss | 8a | ( ) |
| b | Gambling | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d | ( ) |
| e | Income from Form 8853 | 8e | |
| f | Income from Form 8889 | 8f | |
| g | Alaska Permanent Fund dividends | 8g | |
| h | Jury duty pay | 8h | |
| i | Prizes and awards | 8i | |
| j | Activity not engaged in for profit income | 8j | |
| k | Stock options | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | |
| n | Section 951(a) inclusion (see instructions) | 8n | |
| o | Section 951A(a) inclusion (see instructions) | 8o | |
| p | Section 461(l) excess business loss adjustment | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040 line 1a or 1d | 8s | ( ) |
| t | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan | 8t | |
| u | Wages earned while incarcerated | 8u | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions | 8v | |
| z | Other income. List type and amount _____ | 8z | |

| | | | |
|---|---|---|---:|
| 9 | Total other income. Add lines 8a through 8z | 9 | |
| 10 | Combine lines 1 through 7 and 9. This is your additional income. Enter here and on Form 1040 1040-SR or 1040-NR. line 8 | 10 | 2,852 |

For Paperwork Reduction Act Notice, see your tax return instructions.          Schedule 1 (Form 1040) 2024

39

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: ELZ
048931281

**SCHEDULE 3**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Credits and Payments

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No 1545-0074

**2024**

Attachment
Sequence No **03**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| RAJAT LOONIA & NUPUR SHAH | 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 |

## Part I    Nonrefundable Credits

| | | | |
|---|---|---|---:|
| 1 | Foreign tax credit. Attach Form 1116 if required | **1** | |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11 Attach Form 2441 | **2** | 600 |
| 3 | Education credits from Form 8863, line 19 | **3** | |
| 4 | Retirement savings contributions credit Attach Form 8880 | **4** | |
| 5a | Residential clean energy credit from Form 5695 line 15 | **5a** | |
| b | Energy efficient home improvement credit from Form 5695, line 32 | **5b** | |
| 6 | Other nonrefundable credits | | |
| a | General business credit Attach Form 3800 | 6a | |
| b | Credit for prior year minimum tax Attach Form 8801 | 6b | |
| c | Adoption credit. Attach Form 8839 | 6c | |
| d | Credit for the elderly or disabled Attach Schedule R | 6d | |
| e | Reserved for future use | 6e | |
| f | Clean vehicle credit Attach Form 8936 | 6f | |
| g | Mortgage interest credit Attach Form 8396 | 6g | |
| h | District of Columbia first-time homebuyer credit Attach Form 8859 | 6h | |
| i | Qualified electric vehicle credit Attach Form 8834 | 6i | |
| j | Alternative fuel vehicle refueling property credit Attach Form 8911 | 6j | |
| k | Credit to holders of tax credit bonds Attach Form 8912 | 6k | |
| l | Amount on Form 8978 line 14 See instructions | 6l | |
| m | Credit for previously owned clean vehicles Attach Form 8936 | 6m | |
| z | Other nonrefundable credits List type and amount _____ | 6z | |
| 7 | Total other nonrefundable credits Add lines 6a through 6z | **7** | |
| 8 | Add lines 1 through 4, 5a, 5b, and 7 Enter here and on Form 1040 1040-SR or 1040-NR, line 20 | **8** | 600 |

## Part II    Other Payments and Refundable Credits

| | | | |
|---|---|---|---:|
| 9 | Net premium tax credit. Attach Form 8962 | **9** | |
| 10 | Amount paid with request for extension to file (see instructions) | **10** | 8,000 |
| 11 | Excess social security and tier 1 RRTA tax withheld | **11** | |
| 12 | Credit for federal tax on fuels Attach Form 4136 | **12** | |
| 13 | Other payments or refundable credits | | |
| a | Form 2439 | 13a | |
| b | Section 1341 credit for repayment of amounts included in income from earlier years | 13b | |
| c | Net elective payment election amount from Form 3800 Part III line 6, column (ji) | 13c | |
| d | Deferred amount of net 965 tax liability (see instructions) | 13d | |
| z | Other refundable credits (see instructions) _____ | 13z | |
| 14 | Total other payments or refundable credits Add lines 13a through 13z | **14** | |
| 15 | Add lines 9 through 12 and 14 Enter here and on Form 1040 1040-SR or 1040-NR line 31 | **15** | 8,000 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 3 (Form 1040) 2024

40

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:45 AM (Eastern Standard Time) Base City: ELZ

048931281

| SCHEDULE B (Form 1040) | Interest and Ordinary Dividends | OMB No 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040 or 1040-SR. Go to www.irs.gov/ScheduleB for Instructions and the latest information. | **2024** Attachment Sequence No. **08** |

| Name(s) shown on return | Your social security number |
|---|---|
| RAJAT LOONIA & NUPUR SHAH | 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 |

**Part I**

**Interest**

(See instructions and the Instructions for Form 1040, line 2b)

Note: If you received a Form 1099-INT Form 1099-OID or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form

| | | Amount |
|---|---|---|
| 1 | List name of payer If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first Also, show that buyer's social security number and address | |
| | BCB COMMUNITY BANK | 4,095 |
| | ROBINHOOD SECURITIES LLC | 163 |
| 2 | Add the amounts on line 1 | 4,258 |
| 3 | Excludable interest on series EE and I U S savings bonds issued after 1989 Attach Form 8815 | |
| 4 | Subtract line 3 from line 2 Enter the result here and on Form 1040 or 1040-SR, line 2b | 4,258 |

Note: If line 4 is over $1,500, you must complete Part III

**Part II**

**Ordinary Dividends**

(See instructions and the Instructions for Form 1040, line 3b)

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form

| | | Amount |
|---|---|---|
| 5 | List name of payer | |
| | ROBINHOOD SECURITIES LLC | 11 |
| 6 | Add the amounts on line 5 Enter the total here and on Form 1040 or 1040-SR, line 3b | 11 |

Note: If line 6 is over $1,500, you must complete Part III

**Part III**

**Foreign Accounts and Trusts**

Caution: If required, failure to file FinCEN Form 114 may result in substantial penalties Additionally, you may be required to file Form 8938 Statement of Specified Foreign Financial Assets See instructions

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends (b) had a foreign account or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 2024, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | X |
| | If "Yes" are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | |
| b | If you are required to file FinCEN Form 114, list the name(s) of the foreign country(-ies) where the financial account(s) is (are) located | | |
| 8 | During 2024, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes" you may have to file Form 3520 See instructions | | X |

For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule B (Form 1040) 2024

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: ELZ
048931281

| SCHEDULE D<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | Capital Gains and Losses<br><br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.<br>Go to www.irs.gov/ScheduleD for instructions and the latest information. | OMB No. 1545-0074<br><br>**2024**<br><br>Attachment<br>Sequence No. **12** |
|---|---|---|

| Name(s) shown on return | Your social security number |
|---|---|
| **RAJAT LOONIA & NUPUR SHAH** | **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** |

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year?  ☐ Yes  ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss

### Part I — Short-Term Capital Gains and Losses — Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below<br><br>This form may be easier to complete if you round off cents to whole dollars | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part I<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| 1a  Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions) However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b | | | | |
| 1b  Totals for all transactions reported on Form(s) 8949 with Box A checked | | | | |
| 2  Totals for all transactions reported on Form(s) 8949 with Box B checked | | | | |
| 3  Totals for all transactions reported on Form(s) 8949 with Box C checked | 104,778 | 91,692 | 0 | 13,086 |

| | | |
|---|---|---|
| 4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | |
| 5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | |
| 6  Short-term capital loss carryover. Enter the amount, if any, from line 8 of your Capital Loss Carryover Worksheet in the instructions | 6 | ( ) |
| 7  **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h) If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back | 7 | 13,086 |

### Part II — Long-Term Capital Gains and Losses — Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to enter on the lines below<br><br>This form may be easier to complete if you round off cents to whole dollars | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part II<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| 8a  Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions) However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b | | | | |
| 8b  Totals for all transactions reported on Form(s) 8949 with Box D checked | | | | |
| 9  Totals for all transactions reported on Form(s) 8949 with Box E checked | | | | |
| 10  Totals for all transactions reported on Form(s) 8949 with Box F checked | 2,617 | 4,045 | 0 | -1,428 |

| | | |
|---|---|---|
| 11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | |
| 12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | |
| 13  Capital gain distributions. See the instructions | 13 | |
| 14  Long-term capital loss carryover. Enter the amount, if any, from line 13 of your Capital Loss Carryover Worksheet in the instructions | 14 | ( ) |
| 15  **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h) Then go to Part III on the back | 15 | -1,428 |

For Paperwork Reduction Act Notice, see your tax return instructions.                    Schedule D (Form 1040) 2024

40

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09.17.43 AM (Eastern Standard Time) Base City. ELZ

048931281

**RAJAT LOONIA & NUPUR SHAH**                                    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

Schedule D (Form 1040) 2024                                                      Page **2**

## Part III    Summary

| | | | |
|---|---|---|---|
| 16 | Combine lines 7 and 15 and enter the result | **16** | **11,658** |

   • If line 16 is a **gain**, enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7
     Then, go to line 17 below
   • If line 16 is a **loss**, skip lines 17 through 20 below. Then, go to line 21 Also be sure to complete
     line 22
   • If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR or
     1040-NR line 7. Then, go to line 22

17  Are lines 15 and 16 **both gains**?
    ☐ **Yes.** Go to line 18
    ☒ **No.** Skip lines 18 through 21, and go to line 22

18  If you are required to complete the **28% Rate Gain Worksheet** (see instructions) enter the
    amount, if any from line 7 of that worksheet                                    **18**

19  If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see
    instructions), enter the amount, if any, from line 18 of that worksheet         **19**

20  Are lines 18 and 19 both zero or blank and you are not filing Form 4952?
    ☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions
       for Form 1040, line 16 **Don't** complete lines 21 and 22 below

    ☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions **Don't** complete lines 21
       and 22 below

21  If line 16 is a loss, enter here and on Form 1040, 1040-SR or 1040-NR line 7 the **smaller** of

    • The loss on line 16, or                                                        **21** (                    )
    • ($3,000) or if married filing separately ($1,500)

    **Note:** When figuring which amount is smaller treat both amounts as positive numbers

22  Do you have qualified dividends on Form 1040, 1040-SR or 1040-NR line 3a?

    ☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions
       for Form 1040 line 16

    ☐ **No.** Complete the rest of Form 1040, 1040-SR or 1040-NR

                                                         Schedule D (Form 1040) 2024

43

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17.43 AM (Eastern Standard Time) Base City: ELZ
048931291

| Form **8949** | **Sales and Other Dispositions of Capital Assets** | OMB No 1545-0074 **2024** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D. Go to *www.irs.gov/Form8949* for instructions and the latest information. | Attachment Sequence No. **12A** |

| Name(s) shown on return | Social security number or taxpayer identification number |
|---|---|
| RAJAT LOONIA & NUPUR SHAH | 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 |

Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.

**Part I**    **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

You *must* check Box A, B, or C below. Check only one box. If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- [ ] **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see Note above)
- [ ] **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- [X] **(C)** Short-term transactions not reported to you on Form 1099-B

| 1<br>(a)<br>Description of property<br>(Example 100 sh XYZ Co) | (b)<br>Date acquired<br>(Mo, day, yr) | (c)<br>Date sold or disposed of<br>(Mo, day, yr) | (d)<br>Proceeds<br>(sales price)<br>(see instructions) | (e)<br>Cost or other basis<br>See the Note below and see Column (e) in the separate instructions | (f)<br>Code(s) from instructions | (g)<br>Amount of adjustment | (h)<br>Gain or (loss)<br>Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| ROBINHOOD SECURITIES LLC | | | | | | | |
| | Various | Various | 104,778 | 91,692 | | | 13,086 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2** Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D line 1b (if Box A above is checked), line 2 (if Box B above is checked), or line 3 (if Box C above is checked) | | | 104,778 | 91,692 | | 0 | 13,086 |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

For Paperwork Reduction Act Notice, see your tax return instructions.      Form **8949** (2024)

44

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV
Uploaded on: 03/02/2026 at 09:17:45 AM (Eastern Standard Time)  Base City: EL2
048931281

Form 8949 (2024)     Attachment Sequence No **12A**   Page **2**

| Name(s) shown on return  Name and SSN or taxpayer identification no. not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| **RAJAT LOONIA & NUPUR SHAH** | **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** |

Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.

**Part II**   **Long-Term.** Transactions involving capital assets you held more than 1 year are generally long-term (see instructions). For short-term transactions, see page 1.

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a; you aren't required to report these transactions on Form 8949 (see instructions).

You **must** check Box D, E, or F below. Check only one box. If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☐ (D) Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see Note above)
- ☐ (E) Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- ☒ (F) Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the Note below and see Column (e) in the separate instructions | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| ROBINHOOD SECURITIES LLC | | | | | | | |
| | Various | Various | 1,871 | 3,396 | | | -1,525 |
| ROBINHOOD CRYPTO LLC | | | | | | | |
| | Various | Various | 746 | 649 | | | 97 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2** Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 8b (if Box D above is checked), line 9 (if Box E above is checked), or line 10 (if Box F above is checked) ► | | | 2,617 | 4,045 | | 0 | -1,428 |

**Note:** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

Form **8949** (2024)

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time) Base City: ELZ
048931281

| Schedule E (Form 1040) 2024 | Attachment Sequence No **13** | Page **2** |
|---|---|---|

| Name(s) shown on return. Do not enter name and social security number if shown on other side | Your social security number |
|---|---|
| RAJAT LOONIA & NUPUR SHAH | 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 |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you must check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which any amount is not at risk, you must check the box in column (f) on line 28 and attach Form 6198. See instructions

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section. ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership, S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | GREEN STRAIN INC. | S | | 93-3869632 | X | |
| B | SAHKRUTH BEVERAGE INC | S | | 82-1195936 | X | |
| C | | | | | | |
| D | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | 785 | | |
| B | | | 0 | | 3,637 |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 3,637 |
| b Totals | | | 785 | | |

| 30 | Add columns (h) and (k) of line 29a | 30 | 3,637 |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b | 31 | ( 785) |
| 32 | Total partnership and S corporation income or (loss). Combine lines 30 and 31 | 32 | 2,852 |

### Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36 | 37 | |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

### Part V — Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 | 41 | 2,852 |

42 Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions | 42 |

43 Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 |

Schedule E (Form 1040) 2024

46

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV
Uploaded on: 03/02/2026 at 09:17:43 AM (Eastern Standard Time)  Base City: ELZ

| Form **2441** | **Child and Dependent Care Expenses** | OMB No 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR.  Go to *www.irs.gov/Form2441* for Instructions and the latest Information. | **2024** Attachment Sequence No **21** |

| Name(s) shown on return | Your social security number |
|---|---|
| RAJAT LOONIA & NUPUR SHAH | 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 |

**A** You can't claim a credit for child and dependent care expenses if your filing status is married filing separately unless you meet the requirements listed in the instructions under *Married Persons Filing Separately*. If you meet these requirements, check this box ☐

**B** If you or your spouse was a student or was disabled during 2024 and you're entering deemed income of $250 or $500 a month on Form 2441 based on the income rules listed in the instructions under *If You or Your Spouse Was a Student or Disabled*, check this box ☐

**Part I  Persons or Organizations Who Provided the Care** —You **must** complete this part.

If you have more than three care providers, see the instructions and check this box ☐

| 1 (a) Care provider's name | (b) Address (number, street, apt. no., city, state, and ZIP code) | (c) Identifying number (SSN or EIN) | (d) Was the care provider your household employee in 2024? For example, this generally includes nannies but not daycare centers (see instructions) | | (e) Amount paid (see instructions) |
|---|---|---|---|---|---|
| RJ HICKSVILLE DAY CARE INC | 6 LORETTA LN HICKSVILLE, NY 11801 | 27-4471509 | ☐ Yes | ☒ No | 5,000 |
| | | | ☐ Yes | ☐ No | |
| | | | ☐ Yes | ☐ No | |

| Did you receive dependent care benefits? | —— No —— Complete only Part II below —— Yes —— Complete Part III on page 2 next |
|---|---|

**Caution:** If the care provider is your household employee, you may owe employment taxes. For details, see the Instructions for Schedule H (Form 1040). If you incurred care expenses in 2024 but didn't pay them until 2025, or if you prepaid in 2024 for care to be provided in 2025, don't include these expenses in column (d) of line 2 for 2024. See the instructions.

**Part II  Credit for Child and Dependent Care Expenses**

2 Information about your qualifying person(s). If you have more than three qualifying persons, see the instructions and check this box ☐

| (a) Qualifying person's name First | Last | (b) Qualifying person's social security number | (c) Check here if the qualifying person was over age 12 and was disabled (see instructions) | (d) Qualified expenses you incurred and paid in 2024 for the person listed in column (a) |
|---|---|---|---|---|
| AGASTYA | LOONIA | 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 | | 5,000 |
| | | | | |

| | | | |
|---|---|---|---|
| 3 Add the amounts in column (d) of line 2. Don't enter more than $3,000 if you had one qualifying person or $6,000 if you had two or more persons. If you completed Part III, enter the amount from line 31 | **3** | | 3,000 |
| 4 Enter your earned income. See instructions | **4** | | 77,900 |
| 5 If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions); all others, enter the amount from line 4 | **5** | | 141,685 |
| 6 Enter the **smallest** of line 3, 4, or 5 | **6** | | 3,000 |
| 7 Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 11 | **7** | 238,364 | |
| 8 Enter on line 8 the decimal amount shown below that applies to the amount on line 7 | | | |

| If line 7 is: | | | If line 7 is: | | | If line 7 is: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is | Over | But not over | Decimal amount is | | | |
| $0 – 15,000 | | 35 | $25,000 – 27,000 | | 29 | $37,000 – 39,000 | | 23 | | | |
| 15,000 – 17,000 | | 34 | 27,000 – 29,000 | | 28 | 39,000 – 41,000 | | 22 | **8** | | x.20 |
| 17,000 – 19,000 | | 33 | 29,000 – 31,000 | | 27 | 41,000 – 43,000 | | 21 | | | |
| 19,000 – 21,000 | | 32 | 31,000 – 33,000 | | 26 | 43,000 – No limit | | 20 | | | |
| 21,000 – 23,000 | | 31 | 33,000 – 35,000 | | 25 | | | | | | |
| 23,000 – 25,000 | | 30 | 35,000 – 37,000 | | 24 | | | | | | |

| | | | |
|---|---|---|---|
| 9a Multiply line 6 by the decimal amount on line 8 | **9a** | | 600 |
| b If you paid 2023 expenses in 2024, complete Worksheet A in the instructions. Enter the amount from line 13 of the worksheet here. Otherwise, enter -0- on line 9b and go to line 9c | **9b** | | |
| c Add lines 9a and 9b and enter the result | **9c** | | 600 |
| 10 Tax liability limit. Enter the amount from the Credit Limit Worksheet in the instructions | **10** | 36,284 | |
| 11 Credit for child and dependent care expenses. Enter the smaller of line 9c or line 10 here and on Schedule 3 (Form 1040), line 2 | **11** | | 600 |

For Paperwork Reduction Act Notice, see your tax return instructions.                         Form **2441** (2024)

# EXHIBIT F

EOIR – 44 of 46

Exh. 1 –

GP

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time)  Base City: NYV



# शिव शक्ति पीठ हिंदू मंदिर
# SHIV SHAKTI PEETH HINDU TEMPLE



A NON PROFIT ORGANIZATION

264-12 Hillside Avenue • Floral Park, NY 11004

718-217-4001 • 347-321-3883

2/22/2026

To Whom It May Concern,

This is to Certify that as our SUNIL KUMAR GANDABHAI PATEL . 8297 COUNTRY POINT 2 QUEENS VLG, NY 11427

DOB- 02/06/1992. Visited Shiv Shakti Peeth Hindu Temple Inc. Temple to offer HIS Prayers. He has deep faith in Hindu religion and follows it Religiously.

He has been doing Community Service (seva) in the temple like serving free meals (langer), arranging shoes, cleaning the Temple premise, etc and also takes part in all religious celebrations in this Temple.He is a very honest and hard working person. We wish Him safe and bright future.

Thank you,

Temple Priest

SHIV SHAKTI PEETH INC

49

Uploaded on: 04/03/2026 at 09:54:24 PM (Eastern Daylight Time) Base City: NYV

|  |  |
|---|---|
| ------------------------------------------------------- ) | |
| In the Matter of, ) | |
| ) | |
| Sunilkumar Gandabhal Patel ) | File No. 235-321-420 |
| ) | |
| Respondent, ) | |
| ) | |
| In Bond Proceedings ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I, Michael Z. Goldman, certify that on April 3, 2026 I served a copy of this

Submission of Evidence in Advance of Bond Hearing to DHS, by uploading it on ECAS.


___/s/ Michael Z. Goldman

Uploaded on: 04/08/2026 at 08:00:35 AM (Eastern Daylight Time)  Base City: NYV

Law Offices of Michael Z. Goldman                           **DETAINED**
Michael Z. Goldman
100 Church Street, Suite 800
New York, NY 10007
212 -901-3799


## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## ELIZABETH, NJ

-------------------------------------------------
| | |
|---|---|
| In the Matter of, ) | |
| ) | |
| Sunilkumar Gandabhal Patel ) | File No. 235-321-420 |
| ) | |
| Respondent, ) | |
| ) | |
| In Bond Proceedings ) | |

**Immigration Judge Conroy**                    **Bond Hearing Date: April 8, 2026**


## Submission of Evidence in Advance of Bond Hearing (Part 4)

Uploaded on: 04/08/2026 at 08:00:35 AM (Eastern Daylight Time)  Base City: NYV

Law Offices of Michael Z. Goldman                          **DETAINED**
100 Church St., Suite 800
New York, NY 10007
212-901-3799
michael@mzglaw.com


## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## ELIZABETH, NJ

---

|  |  |  |
|---|---|---|
| In the Matter of, | ) | |
| | ) | |
| Sunilkumar Gandabhai Patel | ) | File No. 235-321-420 |
| | ) | |
| Respondent, | ) | |
| | ) | |
| In Bond Proceedings | ) | |

---

## SUBMISSION OF BOND EXHIBITS

Respondent, by and through his representative. respectfully submits the following exhibits in support of his upcoming bond hearing:

      Exhibit J:  Respondent's Certificate of Disposition


                         Respectfully submitted,

Dated: April 8, 2026
      New York, NY


                         By: /s/ Michael Z. Goldman
                         Law Offices of Michael Z. Goldman
                         100 Church Street, Suite 800
                         New York, NY 10007
                         (212) 901-3799
                         Michael@mzglaw.com

52

Uploaded on: 04/08/2026 at 08:00:35 AM (Eastern Daylight Time)  Base City: NYV

# EXHIBIT J

EOIR – 3 of 7

Exh. 5 – ID Only

53

Uploaded on: 04/08/2026 at 08:00:35 AM (Eastern Daylight Time) Base City: NYV

Certificate # U-000118665-F

Page 1 of 1



# NASSAU DISTRICT COURT

99 Main Street, Hempstead, NY 11550

Phone (516) 493-4200

Court ORI· NY029013J

**FEE**

Non-Public Version

The People of the State of New York

vs.

**Sunilkumar Patel**

**Certificate of Disposition**

Docket Number: **CR-004433-26NA**

CJTN:

NYSID:

Defendant DOB: **02/06/1992**

Arrest Date: **02/20/2026**    Arraignment Date:

THIS IS TO CERTIFY that the undersigned has examined the files of the **Nassau District Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 220.03 AM Crim Poss Contrl Subst-7th **SEALED 160 50** | AM | Dismissed, Sealed 160.50 | 03/30/2026 |
| 2 | PHL- 1399-MM.1 V Sale of Flavored Products Prohibited **SEALED 160 50** | V | Dismissed, Sealed 160.50 | 03/30/2026 |
| 3 | NC-AC 9-25.13 V Sale Restrictions-Sell Flavoured Cigarette/Liquid Nicotine **SEALED 160.50** | V | Dismissed, Sealed 160.50 | 03/30/2026 |

Charge Weight Key I=Infraction, V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor, AF, BF, CF, DF, EF=Class Felony

**ANGELA DILBERTI**

Dated: **March 30, 2026**

Chief Clerk/Clerk of the Court

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221 05, PL 221.10, PL 221.15, PL 221.20, PL 221 35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160 50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170 55, 170 56, 210 46, 210 47, or 215 10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160 55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160 59 or 160 58 of the criminal procedure law, in connection with the licensing, housing, employment, including volunteer positions, or providing of credit or insurance to such individual, provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160 50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170 55 or 170 56, 210.46, 210.47 or 215 10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720 35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160 55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160 58 or 160.59 of the criminal procedure law An individual required or requested to provide information in violation of this subdivision may respond as if the arrest, criminal accusation, or disposition of such arrest or criminal accusation did not occur. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1 20 of the criminal procedure law, provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720 35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160 58 or 160 59 of the criminal procedure law For purposes of this subdivision, an action which has been adjourned in contemplation of dismissal, pursuant to section 170 55 or 170 56, 210.46, 210.47 or 215 10 of the criminal procedure law, shall not be considered a pending action, unless the order to adjourn in contemplation of dismissal is revoked and the case is restored to the calendar for further prosecution. [Executive Law 296(16)]

Charges may not be the same as the original arrest charges

CPL 160.50.        All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

84

Uploaded on: 04/08/2026 at 08:00:35 AM (Eastern Daylight Time)  Base City: NYV

# INFORMATION

Citation No.

Case No: 2026CR315638

Return Date: 03/12/2026

Docket No.:  CR-004433-26NA

## DISTRICT COURT OF THE COUNTY OF NASSAU
## FIRST DISTRICT

### THE PEOPLE OF THE STATE OF NEW YORK
#### -against-

| Name | DOB | Age | Address | Arrest No | Arrest Date/Time |
|---|---|---|---|---|---|
| Patel, Sunilkumar | 2/6/1992 | 34 | 8297 Country Pt 2 Queens Village, NY  11427 | 2026AR502156 | 2/20/2026 21:05 |

In the State of New York, County of Nassau: PO Evan T Obrien, Shield No. 1317, being a member of the Nassau County Police Department deposes and says that on or about the 20th day of February, 2026, at about 9:00 PM, at 1655 Dutch Broadway , Elmont NY 11003, the defendant committed the following offense(s):

| Count | Offense | Desc. | Class-Category |
|---|---|---|---|
| 1 | PL 220.03 | CRIMINAL POSSESSION CONTROLLED SUBSTANCE 7TH | A - M |

And that, on or about the 20th day of February, 2026, at about 9:00 PM, at 490 Elmont Rd, Elmont, NY, 11003, the defendant committed the following offense(s):

| Count | Offense | Desc. | Class-Category |
|---|---|---|---|
| 2 | PHL 1399.MM.1 | SALE OF FLAVORED PRODUCTS PROHIBITED | - V |
| 3 | NC 9.25 13 | SALE RESTRICTIONS - SELL FLAVORED E-CIG/LIQUID NICOTINE OTHER THAN FLAVORLESS, TOBACCO, MINT, MENTHOL | - V |

Count 1 - A person is guilty of criminal possession of a controlled substance in the seventh degree when he or she knowingly and unlawfully possesses a controlled substance provided, however, that it shall not be a violation of this section when a person possesses a residual amount of a controlled substance and that residual amount is in or on a hypodermic syringe or hypodermic needle, nor shall it be a violation of this section when a person's unlawful possession of a controlled substance is discovered as a result of seeking immediate health care as defined in paragraph b of  subdivision three of section 220.78 of this article, for either another person or him or herself because such person is experiencing a drug or alcohol overdose or other life threatening medical emergency as defined in paragraph a of subdivision three of section 220.78 of this article.

Count 2 - No vapor products dealer, or any agent or employee of a vapor products dealer, shall sell or offer for sale at retail in the state any flavored vapor product intended or reasonably expected to be used with or for the consumption of nicotine.

Count 3 - E-cigarette and liquid nicotine products may only be offered for sale within the County of Nassau if they are flavorless or tobacco, mint, or menthol flavored

To Wit: On the aforementioned date, time and place of occurrence, your deponent was present while a license premise check was conducted and your deponent observed several flavored vape products displayed for sale on a menu. Your deponent observed the defendant Patel, Sunilkumar (02/06/1992) present in the store and the defendant was observed in possession of said flavored vape products that were displayed for sale.

Exh. A - ID Only



Uploaded on: 04/08/2026 at 08:00:35 AM (Eastern Daylight Time) Base City: NYV

. were present at the 5th precinct stationhouse. Your deponent did recover a folded clear plastic bag with brown powder substance from the defendants wallet which was recovered from the defendants upper jacket pocket. Said clear envelope contained a brownish white powder believed to be heroin.

Defendant was identified via Photo NYS drivers license which was examined by your deponent and did match the defendant.

The above is based upon information and belief. The source of said information and belief being the following: Your deponent a Nassau County Police Officer with over 8 years of experience believes the clear envelope which contained a brownish white powdery summons which was recovered from the defendants wallet to contain heroin based on the observations of your deponent, the defendant's statements, the color, texture, and packaging of the alleged narcotics, your deponent's involvement in numerous narcotics related investigations and arrests, as well as your deponent's training received at the Nassau County Police Department Academy in the recognition and recovery of narcotics including Heroin.

Any false statements made herein are punishable as a class A misdemeanor pursuant to Section 210.45 of the Penal Law, and as other crimes.

_____

PO Evan T Obrien

Subscribed before me this 21" day of February, 2026

_____

SGT Eric P Finn

56

Uploaded on: 04/08/2026 at 08:00:35 AM (Eastern Daylight Time)  Base City: NYV

```
----------------------------------------------------
                                        )
In the Matter of,                       )
                                        )
Sunilkumar Gandabhal Patel              )          File No. 235-321-420
                                        )
Respondent,                             )
                                        )
In Bond Proceedings                     )
_____    )
```

## CERTIFICATE OF SERVICE

I, Michael Z. Goldman, certify that on April 8, 2026 I served a copy of this

Submission of Evidence in Advance of Bond Hearing (Part 4) to DHS, by uploading it on

ECAS.


___/s/ Michael Z. Goldman

# EXHIBIT "B"

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 09/30/2027

# I-589, Application for Asylum and for Withholding of Removal

**Applicant:** SUNILKUMAR GANDABHAI PATEL
**Submission Date:** 2024-11-26T18:49:46UTC

| Do you also want to apply for withholding of removal under the Convention Against Torture?: Yes |
|---|
| **Part A.I. Information About You** |
| 1. Alien Registration Number(s) (A-Number) (if any): |
| 2. U.S. Social Security Number (if any): |
| 3. USCIS Online Account Number (if any): |
| 4. Complete Last Name: PATEL |
| 5. First Name: SUNILKUMAR |
| 6. Middle Name: GANDABHAI |
| 7. What other names have you used (include maiden name and aliases)? |
| 8. Residence in the U.S. (where you physically reside) |
| Street Number and Name: 8297 COUNTRY POINTE CIR |
| Apt. Number: APT 1 |
| City: QUEENS VLG |
| State: NY |
| ZIP Code: 11427-3003 |
| Telephone Number: |
| 9. Mailing Address in the U.S. (if different than the address in Item Number 8) |
| In Care of (if applicable): |
| Telephone Number: |
| Street Number and Name: 8297 COUNTRY POINTE CIR |
| Apt. Number: APT 1 |
| City: QUEENS VLG |
| State: NY |
| ZIP Code: 11427-3003 |
| 10. Gender (Male, Female): Male |
| 11. Marital Status (Single, Married, Divorced, Widowed): married |
| 12. Date of Birth (mm/dd/yyyy): 02-06-1992 |
| 13. City and Country of Birth: |
| City: JETALPUR, MEHSANA, GUJARAT |
| Country: IND |
| 14. Present Nationality (Citizenship): IND |
| 15. Nationality at Birth: IND |
| 16. Race, Ethnic, or Tribal Group: ASIAN |
| 17. Religion: HINDU |
| 18.a. I have never been in Immigration Court proceedings.: Yes |
| 18.b. I am now in Immigration Court proceedings: |
| 18.c. I am not now in Immigration Court proceedings, but I have been in the past: |

Form I-589 Edition 03/01/23

59

**19.a. When did you last leave your country? (mm/dd/yyyy):** 06-03-2024

    **Last Left Your Country Other:**

**19.b. What is your current I-94 Number, if any?:**

**19.c. List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)**

**Most Recent Entry Record:**

  **Date of Entry:** 06-04-2024

  **Place of Entry:** NYC

  **Other Place of Entry:**

  **Status:** B2

  **Date Status Expires:**

**Previous Entry Record(s):**

**20. What country issued your last passport or travel document?:** IND

**21. Passport/Travel Document Number:** T6331946

**22. Expiration Date (mm/dd/yyyy):** 05-27-2029

**23. What is your native language (include dialect, if applicable)?:** GUJ

**24. Are you fluent in English?:** No

**25. What other languages do you speak fluently?**

## Part A.II. Information About Your Spouse and Children

### Your spouse

  **1. Alien Registration Number (A-Number) (if any):**

  **2. Passport/ID Card Number (if any):** T6334866

  **3. Date of Birth (mm/dd/yyyy):** 02-15-1994

  **4. U.S. Social Security Number (if any):**

  **5. Complete Last Name:** PATEL

  **6. First Name:** ANKITABEN

  **7. Middle Name:** SUNILKUMAR

### 8. Other names used (include maiden name and aliases)

  **Complete Last Name:** PATEL

  **First Name:** ANKITABEN

  **Middle Name:** BHARATBHAI

  **9. Date of Marriage (mm/dd/yyyy):** 04-24-2018

  **10. Place of Marriage:** GANDHINAGAR, GUJARAT, INDIA

  **11. City and Country of Birth:**

    **City:** PARSA, GANDHINAGAR, GUJARAT

    **Country:** IND

  **12. Nationality (Citizenship):** IND

  **13. Race, Ethnic, or Tribal Group:** ASIAN

  **14. Gender (Male,Female):** Female

  **15. Is this person in the U.S.? "Yes " (Complete Blocks 16 to 24). "No" (Specify location) :** Yes

    **Spouse Location:**

  **16. Place of last entry into the U.S.:** NYC

    **Other Place of Last Entry:**

  **17. Date of last entry into the U.S. (mm/dd/yyyy):** 06-04-2024

Form I-589 Edition 03/01/23

60

18. I-94 Number (if any):

19. Status when last admitted (Visa type, if any): B2

20. What is your spouse's current status?: AS

21. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy):

22. Is your spouse in Immigration Court proceedings?: No

23. If previously in the U.S., date of previous arrival (mm/dd/yyyy):

24. If in the U.S., is your spouse to be included in this application?: Yes

**Your Children. List all of your children, regardless of age, location, or marital status.**

I have children: Yes

Total number of children: 1

1. Alien Registration Number (A-Number) (if any):

2. Passport/ID Card Number (if any): W5705709

3. Marital Status (Single, Married, Divorced, Widowed): single

4. U.S. Social Security Number (if any):

5. Complete Last Name: PATEL

6. First Name: VAMIKA

7. Middle Name: SUNILKUMAR

8. Date of Birth (mm/dd/yyyy): 01-14-2022

9. City and Country of Birth:

   City: GOZARIA, MEHSANA, GUJARAT

   Country: IND

10. Nationality (Citizenship): IND

11. Race, Ethnic, or Tribal Group: ASIAN

12. Gender (Male,Female): Female

13. Is this child in the U.S. ?: Yes

   Child Location:

14. Place of last entry into the U.S.: NYC

   Other Place of Last Entry:

15. Date of last entry into the U.S. (mm/dd/yyyy): 06-04-2024

16. I-94 Number (If any):

17. Status when last admitted (Visa type, if any): B2

18. What is your child's current status?: AS

19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy):

20. Is your child in Immigration Court proceedings?: No

21. If in the U.S., is this child to be included in this application?: Yes

**Part A.III. Information About Your Background**

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (List Address, City/Town, Department, Province, or State and Country.)

Number and Street, Line 1 (Provide if Available): PATEL VAS, JETALPUR

Number and Street, Line 2 (Provide if Available): JAGUDAN

City/Town: MEHSANA

Department, Province, or State: GUJARAT

State:

Zip Code:

 Form I-589 Edition 03/01/23

61

**Postal Code:** 382710
**Country:** IND
**Dates: From (Month):** 01
**Dates: From (Year):** 2024
**Dates: To (Month):** 06
**Dates: To (Year):** 2024

**2. Provide the following information about your residences during the past 5 years. List your present address first.**

**Number and Street, Line 1:** 8297 COUNTRY POINTE CIRCLE
**Number and Street, Line 2:** APT 1
**City/Town:** QUEENS VILLAGE
**Department or Province:**
**State:** NY
**Postal Code:**
**ZIP Code:** 11427
**Country:** USA
**Dates:From(Month):** 06
**Dates:From(Year):** 2024
**Dates:To(Month):** present
**Dates:To(Year):**

**Number and Street, Line 1:** PATEL VAS, JETALPUR
**Number and Street, Line 2:** JAGUDAN
**City/Town:** MEHSANA
**Department or Province:** GUJARAT
**State:**
**Postal Code:** 382710
**ZIP Code:**
**Country:** IND
**Dates:From(Month):** 01
**Dates:From(Year):** 2024
**Dates:To(Month):** 06
**Dates:To(Year):** 2024

**Number and Street, Line 1:**
**Number and Street, Line 2:**
**City/Town:**
**Department or Province:**
**State:**
**Postal Code:**
**ZIP Code:**
**Country:** ZAF
**Dates:From(Month):** 01
**Dates:From(Year):** 2024
**Dates:To(Month):** 01
**Dates:To(Year):** 2024

**Number and Street, Line 1:** PATEL VAS, JETALPUR
**Number and Street, Line 2:** JAGUDAN

Form I-539 Edition 03/01/23

62

**City/Town:** MEHSANA

**Department or Province:** GUJARAT

**State:**

**Postal Code:** 382710

**ZIP Code:**

**Country:** IND

**Dates:From(Month):** 12

**Dates:From(Year):** 2023

**Dates:To(Month):** present

**Dates:To(Year):** 2024

**3. Provide the following information about your education, beginning with the most recent school that you attended.**

**Name of School:** ITI VISHNAGAR

**Type of School:** ITI

**Location (Address):**

  **Street Name and Number:**

  **Apt. No.:**

  **City:** MEHSANA

  **State:**

  **ZIP Code:**

  **Province:** GUJARAT

  **Postal Code:**

  **Country:** IND

**Dates:From(Month):** 01

**Dates:From(Year):** 2010

**Dates:To(Month):** 01

**Dates:To(Year):** 2011

**Name of School:** SARVAJANIK VIDHYLAYA AMBLIYSAN

**Type of School:** HIGHER SECONDARY

**Location (Address):**

  **Street Name and Number:**

  **Apt. No.:**

  **City:** MEHSANA

  **State:**

  **ZIP Code:**

  **Province:** GUJARAT

  **Postal Code:**

  **Country:** IND

**Dates:From(Month):** 06

**Dates:From(Year):** 2004

**Dates:To(Month):** 05

**Dates:To(Year):** 2009

**Name of School:** JETALPUR PRATHMIK SHALA

**Type of School:** PRIMARY AND SECONDARY SCHOOL

**Location (Address):**

  **Street Name and Number:**

Form I-509 Edition 03, 01, 23

63

**Apt. No.:**

**City:** MEHSANA

**State:**

**ZIP Code:**

**Province:** GUJARAT

**Postal Code:**

**Country:** IND

**Dates:From(Month):** 06

**Dates:From(Year):** 1997

**Dates:To(Month):** 05

**Dates:To(Year):** 2004

---

**4. Provide the following information about your employment during the past 5 years. List your present employment first.**

**Name and Address of Employer:** SELF EMPLOYED - AGRICULTURE

**Street Name and Number:**

**Apt. No.:**

**City:** MEHSANA

**State:**

**ZIP Code:**

**Province:** GUJARAT

**Postal Code:**

**Country:** IND

**Your Occupation:** FARMER

**Dates:From(Month):** 05

**Dates:From(Year):** 2018

**Dates:To(Month):** 04

**Dates:To(Year):** 2024

---

**5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.**

**Relationship (Mother, Father, Sibling):** Father

**First Name:** GANDABHAI

**Last Name:** PATEL

**Middle Name:** MANILAL

**City/Town of Birth:** MEHSANA, GUJARAT

**Country of Birth:** IND

**Current Location:** MEHSANA, GUJARAT, INDIA

**Deceased:**

**Relationship (Mother, Father, Sibling):** Mother

**First Name:** GOMITBEN

**Last Name:** PATEL

**Middle Name:** GANDABHAI

**City/Town of Birth:** GANDHINAGAR, GUJARAT

**Country of Birth:** IND

**Current Location:** MEHSANA, GUJARAT, INDIA

**Deceased:**

**Relationship (Mother, Father, Sibling):** Sibling

**First Name:** ALPABEN

64

**Last Name:** PATEL

**Middle Name:** J

**City/Town of Birth:** MEHSANA, GUJARAT

**Country of Birth:** IND

**Current Location:** AHMEDABAD, GUJARAT, INDIA

**Deceased:**

**Relationship (Mother, Father, Sibling):** Sibling

**First Name:** ANJANABEN

**Last Name:** PATEL

**Middle Name:** H

**City/Town of Birth:** MEHSANA, GUJARAT

**Country of Birth:** IND

**Current Location:** AHMEDABAD, GUJARAT, INDIA

**Deceased:**

**Relationship (Mother, Father, Sibling):** Sibling

**First Name:** ASHABEN

**Last Name:** PATEL

**Middle Name:** A

**City/Town of Birth:** MEHSANA, GUJARAT

**Country of Birth:** IND

**Current Location:** NEW YORK, USA

**Deceased:**

## Part B. Information About Your Application

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

:

**1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? I am seeking asylum or withholding of removal based on:**

**Race:**

**Religion:**

**Nationality:**

**Political Opinion:** Yes

**Membership in a particular social group:**

**Torture Convention:** Yes

**A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?:**
Yes

If "Yes," explain in detail: 1. What happened; 2. When the harm or mistreatment or threats occurred; 3. Who caused the harm or mistreatment or threats; and 4. Why you believe the harm or mistreatment or threats occurred.: MY FAMILY AND I FACED DANGER TO OUR LIVES IN INDIA. WE FLED INDIA AND CAME TO THE UNITED STATES OF AMERICA. I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME.

**B. Do you fear harm or mistreatment if you return to your home country?:** Yes

Form I-589 Edition 03/01/23



If "Yes," explain in detail: 1. What harm or mistreatment you fear; 2. Who you believe would harm or mistreat you; and 3. Why you believe you would or could be harmed or mistreated.: I FEAR THAT MY FAMILY AND I WOULD BE FOUND AND KILLED IF WE WERE TO RETURN TO INDIA. I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME.

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?: No

If "Yes," explain the circumstances and reasons for the action:

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?: Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.: I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?: Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.: I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?: Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.: I FEAR THAT MY FAMILY AND I WOULD BE FOUND AND KILLED IF WE WERE TO RETURN TO INDIA. I WILL PROVIDE A DETAILED STATEMENT AT A LATER TIME.

## Part C. Additional Information About Your Application

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?: Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you were previously denied asylum by USCIS, an immigration judge, or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.: MY SISTER, ASHABEN A. PATEL, HAS FILED FOR ASYLUM IN THE UNITED STATES BUT IS NOT A PART OF MY APPLICATION.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?: No

If "Yes," , provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so:

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?: No

If "Yes," , provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so:

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?: No

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.:

4. After you left the country where you were harmed or fear harm, did you return to that country?: No

66

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).):

5. Are you filing this application more than 1 year after your last arrival in the United States?: No

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.:

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?: No

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release.If you have been arrested in the United States, you must submit a certified copy of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.:

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

WARNING: Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

Print your complete name: sunilkumar gandabhai patel

Write your name in your native alphabet:

Did your spouse, parent, or child(ren) assist you in completing this application?: No

If "Yes," list the name and relationship.

Did someone other than your spouse, parent, or child(ren) prepare this application? (If "Yes," complete Part E.): No

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?: No

Signature Email Address: sunilkumarusa1680@gmail.com

Signature Date: 11-26-2024

Electronic Filing Record

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

**Signature Of Preparer:**

**Date:**

**Complete Name of Preparer:**

  **First Name:**

  **Last Name:**

**Daytime Telephone Number:**

**Address of Preparer**

  **Street Number and Name:**

  **Apt. Number:**

  **City:**

  **State:**

  **ZIP Code:**

  **Province:**

  **Postal Code:**

  **Country:**

**Attorney State Bar Number (if applicable):**

**Attorney or Accredited Representative USCIS Online Account Number (if any):**

## Evidence

**Original File Name:** Passport Front - Sunilkumar.pdf

**Category:** Passport

**Original File Name:** Visa Page - Sunilkumar.pdf

**Category:** Visa

**Original File Name:** Passport Front - Aniktaben.pdf

**Category:** Passport

**Original File Name:** Passport Front - Vamika.pdf

**Category:** Passport

**Original File Name:** Visa Page - Vamika.pdf

**Category:** Visa

## Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

Form I-589 Edition 03/01/23



VNUSAPATEL<<SUNILKUMAR<GANDABHAI<<<<<<<<<<<<<
T6331946<3IND9202069M3404148B3BMB2D0A7470258

69

# EXHIBIT "C"



Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number MGL2592388245 | | Case Type I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date 11/26/2024 | Priority Date | Applicant A235 321 420 PATEL, SUNILKUMAR GANDABHAI |
| Notice Date 11/26/2024 | Page 1 of 2 | |

| | |
|---|---|
| SUNILKUMAR PATEL 8297 COUNTRY POINTE CIR APT 1 QUEENS VLG NY 11427 | **Notice Type:** Receipt Notice |

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal was received and is pending as of 11/26/2024.

You may remain in the United States until your asylum application is decided. Having a pending asylum application with USCIS does not preclude U.S. Immigration and Customs Enforcement (ICE) or U.S. Customs and Border Protection (CBP) from placing you into removal proceedings. If you wish to leave the United States while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS or you may be considered to have abandoned your asylum application. You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service will not change your address with USCIS.

BIOMETRICS APPOINTMENT AND ASYLUM INTERVIEW NOTICES:

You will receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

**WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.**

EMPLOYMENT AUTHORIZATION

You may file a Form I-765, Application for Employment Authorization, based on your pending asylum application 150 days after you filed your asylum application. You are not eligible to receive an Employment Authorization Document (EAD) until your asylum application has been pending for at least another 30 days, for a total of 180 days. 8 CFR 208.7(a)(1). The 150-day waiting period and the 180-day eligibility period, commonly referred to as the 180-Day Asylum EAD Clock, do not include delays that you request or cause while your asylum application is pending with an asylum office or with the Immigration Court. 8 CFR 208.7(a)(2).

Delays requested or caused by the applicant may include:
- A request to transfer a case to a new asylum office or interview location, including when the transfer is based on your change of address;
- A request to reschedule an interview for a later date;
- Failure to appear at an interview or biometrics appointment;
- Failure to provide a competent interpreter at an interview (if required);
- A request to provide additional evidence at or after an interview;
- The submission of large volumes of evidence immediately before an interview that requires a reschedule; and
- Failure to receive and acknowledge an asylum decision in person (if required).

Applicant(s):
| Alien Number | Name |
|---|---|
| A235 321 420 | PATEL, SUNILKUMAR |
| A235 321 421 | PATEL, ANKITABEN |
| A235 321 419 | PATEL, VAMIKA |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

New York Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1065 Stewart Avenue, Suite 200
Bethpage NY 11714

USCIS Contact Center: www.uscis.gov/contactcenter



If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

# EXHIBIT D

73

My name is Datten Gunvantlal Dev. I am a United States Citizen. My date of birth is June 30, 1994, and I am currently residing at 8299 Country Point, Apt. 1, Queens Village, NY 11427. I have been residing at this address since 2016. I am submitting this affidavit in support of Mr. Sunilkumar Gandabhai Patel's release from detention.

I first met Sunilkumar Gandabhai Patel when he and his family first began living next door to me. Sunilkumar Gandabhai Patel and his family seemed like a very loving and happy family. Through conversation, we learned that we were both from India and because they were new here, I offered to help them out. Overtime, Sunilkumar Gandabhai Patel and I became good friends and began to frequently visit each other's home. Sunilkumar Gandabhai Patel's wife is like a sister to me and whenever she cooks, she would always tell me to come over and eat or come drop food off at my house next door.

Sunilkumar Gandabhai Patel has always been a quiet, peaceful neighbor and a dependable friend. I have never seen him get into a fight or argument with anyone. Whenever Sunilkumar Gandabhai Patel was off from work, he would always be seen with his family, or they would be going to the temple together to pray. When Sunilkumar Gandabhai Patel and his wife welcomed their son, Vyom Sunilkumar Patel, in August 2025, I helped Sunilkumar Gandabhai Patel with preparing for the new baby. Sunilkumar Gandabhai Patel was overjoyed and wanted to partake in the preparations for the new baby. When they came home with the baby, I visited Sunilkumar Gandabhai Patel and his wife at their home a few days later.

In February 2026, I found out from Ankitaben Sunilkumar Patel, wife of Sunilkumar Gandabhai Patel, that Sunilkumar Gandabhai Patel had been detained by ICE officers after he was arrested at work. This was very hard for me to believe because Sunilkumar Gandabhai Patel has never had any issues or convictions with the law. I have always known him to be a peaceful person. Since Sunilkumar Gandabhai Patel, has family has not been the same. Ankitaben has been very quiet and withdrawn, and the children miss their father. During this difficult time, I have been helping Ankitaben and the children financially and have been doing my best to show them that they have the support of the community. Ankitaben told me that the charges against Sunilkumar Gandabhai Patel were dismissed in March 2026 and that he is still in detention.

During the time that Sunilkumar Gandabhai Patel has been in detention it has been difficult for his wife and two young children. Sunilkumar Gandabhai Patel was the only working family member because they did not have anyone who could watch their children full time. Ankitaben would stay home with the children and be responsible for taking their daughter to school and picking her up; while Sunilkumar Gandabhai Patel would be working to support his family.

I assure the Honorable Judge and Court, that Sunilkumar Gandabhai Patel is a kind, soft-spoken person who has never posed to be a threat or danger to our community. I assure you that he means no harm and is only trying to build a better future for his children.

Date:    05/11/2026

DATTEN GUNVANTLAL DEV

Sworn to Before me
On this __11__ day of __May__ 2026

NOTARY PUBLIC

**ANUJ P DOSHI**
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DO6137315
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES NOVEMBER 21, 2029

## AFFIDAVIT

I, Ankitaben Sunilkumar Patel (maiden name: Ankitaben Bharatbhai Patel) (A# 235-321-421), born on February 15, 1994, Gujarat, India, hereby swear to and attest the following:

1   That I am the legally wedded wife of Sunilkumar Gandabhai Patel (A# 235-321-420). We were married to each other on April 24, 2018, in Gandhinagar, Gujarat, India. We have two children together: Vamika Sunilkumar Patel (A# 235-321-419) born on January 14, 2022, in Mehsana, Gujarat, India and Vyom Sunilkumar Patel, born on August 6, 2025, in Queens, New York, USA.

2   That, my husband, Sunilkumar Gandabhai Patel (A# 235-321-420), myself, and our daughter, Vamika Sunilkumar Patel (A# 235-321-419) entered the United States on June 4, 2024, as B2 visitors. We were inspected by CBP officers upon our entry in the United States and admitted in the United States. Since we arrived in the United States, we have been living at 8297 Country Pointe Circle, Queens Village, NY 11427. From June 2024 until April 2025, we lived in apartment 1 of this home and in April 2025, we moved to apartment 2 of this home. We have been residing in this home since we arrived in the United States in June 2024. Since arriving, we have not departed from the United States.

3   That, I am a stay-at-home mom. I have been caring for our two young children. My husband, Sunilkumar Gandabhai Patel (A# 235-321-420), was the primary bread winner of the household and was responsible for all the financial aspects of our household. My husband is a hardworking and caring father and husband. He has never even spoken to anyone in a loud tone and has always offered his help wherever and whenever he could. Since my husband, Sunilkumar Gandabhai Patel (A# 235-321-420), has been detained it has caused financial hardship for our two children, including our United States Citizen minor son, as well as for myself. It has made it difficult for us to sustain ourselves, as Sunilkumar Gandabhai Patel (A# 235-321-420), is financially providing for us so that I can care for our children while he was working.

4   That, Sunilkumar Gandabhai Patel (A# 235-321-420), was arrested on February 20, 2026, in Nassau County, however, the charges against him were dismissed and sealed on March 30, 2026. My husband, Sunilkumar Gandabhai Patel (A# 235-321-420), does not have any criminal history in the United States or anywhere else in the world. He is a kindhearted, good-natured individual who has always steered away from trouble.

76

5    That, Sunilkumar Gandabhai Patel (A# 235-321-420), is a very good-hearted individual, a hard worker, and most importantly a present father for our children. Sunilkumar Gandabhai Patel (A# 235-321-420), is a role model for our children. Whenever he comes home after a long day of work, Sunilkumar Gandabhai Patel (A# 235-321-420), would always make time for our children and always be home for bedtime. During the summer, every evening after work, he would never miss a trip to the park with our children. Since Sunilkumar Gandabhai Patel (A# 235-321-420) was taken into DHS/ICE Custody, our children have been looking for him throughout the home expecting him to come home. They have not been properly eating or drinking because they miss their father. There are times throughout the day, when our daughter goes to our bedroom door, knocks and says "papa," unable to understand why papa is not home.

6    That, Sunilkumar Gandabhai Patel (A# 235-321-420), has valid employment authorization and was working at The Smoke Factory at the time that he was detained. He worked long hours just to be able to support his family. During the time of my husband's detention, our community has gathered together and really helped me and my children get through the long days, helping in any way that they can. Whether it be bringing by meals or just stopping by to see how the children are doing.

7    That my husband, Sunilkumar Gandabhai Patel (A# 235-321-420), is a hard-working man, a good husband and good father who has always done everything he can to keep his family safe and out of harms reach.

8    We assure you that we mean no harm and are not a threat to society. We are only trying to keep our family together and live a peaceful life in the United States, without causing any harm or disruption in the community which we now call home

Date  5 / 11 / 2026

A s Patel
ANKITABEN SUNILKUMAR PATEL

Verification

I, Ankitaben Sunilkumar Patel, do hereby verify that the above has been read and explained to me in Gujarati Language and it is the same and correct as per the facts narrated by me and the statement

77

provided by me. I further verify that the above is true and correct to the best of my knowledge and recollection.

Date: 5 / 11 / 2026

_H.S. Peitel_
ANKITABEN SUNILKUMAR PATEL

Sworn to Before me
On this 11th day of May 2026

_apDol_
NOTARY PUBLIC

ANUJ P DOSHI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DO6137315
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES NOVEMBER 21, 2029

78

## AFFIDAVIT

I, Showkat Hossain, am a Citizen of the United States of America. My date of birth is November 1, 1966, and I am currently residing at 1267 W Broadway, Hewlett, NY 11557. I am submitting this affidavit in support of my good friend, Sunilkumar Gandabhai Patel, who is currently detained at Brooklyn MDC Detention Center.

I met Sunilkumar Gandabhai Patel and his family through a mutual friend. Sunilkumar Gandabhai Patel has always talked to me with utmost respect and kindness. Despite the fact that we come from two different religions where I am Muslim and he is Hindu, he has always been respectful towards my religion. Whenever Eid comes, Sunilkumar Gandabhai Patel always wishes me a Happy Eid. Sunilkumar Gandabhai Patel and his wife have two young children. Their daughter, Vamika is the oldest and is currently attending 3K and they have a newborn son who was born in August 2025. When Sunilkumar Gandabhai Patel and his wife came home from the hospital, I went to their home to congratulate them, and I had brought presents for the baby.

Whenever Sunilkumar Gandabhai Patel would meet me at our friends' homes for dinners or gatherings, he would always come and say hi to me. When I found out from his wife, Ankitaben, that Sunilkumar Gandabhai Patel had been detained by ICE, my heart broke hearing what had happened to this family. Sunilkumar Gandabhai Patel has never had any issues with anyone and has always lived quietly with his family. I know him to be a very dedicated father and husband. He was always working because he would say that he wants his children to live a better future than he ever had. With Sunilkumar Gandabhai Patel being detained it has been difficult to see his family. His wife is emotional broken and his children dearly miss him. I try to help his family as much as I can but no one can fill the place of Sunilkumar Gandabhai Patel.

Sunilkumar Gandabhai Patel is the kind of man who takes his family to pray, works hard to support his family and when he was home, he would be seen spending time with his family. Sunilkumar Gandabhai Patel and his lived a quiet life but a very happy one until they were separated after his detention. I humbly request the Honorable Judge to let Sunilkumar Gandabhai Patel come out of detention and reunite with his wife and children. Sunilkumar Gandabhai Patel is a hard-working

member of our community and is not a danger to the community. I pray before God that Sunilkumar Gandabhai Patel may be allowed to reunite with his family.

DATE: 5/12/2026

_____

Showkat Hossain

Sworn to Before me

On this _____ day of _____ 2026

_____

NOTARY PUBLIC

DAVID GREEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GR5015229
Qualified in Nassau County
My Commission Expires_____

80

Rajat R. Loonia
523 Cambridge Avenue
Westbury, NY 11590


Dear Sir/Ma'am,

My name is Rajat R. Loonia and I am a Citizen of the United States of America. I am currently residing at 523 Cambridge Avenue, Westbury, NY 11590. I am a partner at The Smoke Factory located at 490 Elmont Road, Elmont, NY 11003. I know Sunilkumar Gandabhai Patel both personally and professionally. Sunilkumar Gandabhai Patel and I come from the same area in India and our families have known each other for many years. I know that he is married to Ankitaben Sunilkumar Patel and that they have two children together, Vamika and Vyom Sunilkumar Patel. Vamika came to the United States with her parents and Vyom was born in the United States in August 2025.

Even in India, Sunilkumar Gandabhai Patel was always a humble and helpful person. He would always been seen going to the temple and lived his life in accordance to the Hindu norms and culture. When he came to the United States with his family, he continued the tradition of going to the temple with his family. Despite the trauma life had thrown at him, Sunilkumar Gandabhai Patel always remained a kind person. Once Sunilkumar Gandabhai Patel and his family came to the United States, I would visit their house at 8297 Country Pointe Circle, Queens Village, NY 11427 and they would come visit me as well. Since Sunilkumar Gandabhai Patel was detained in February 2026, I have been visiting his family as often as I can to make sure they have the help and support that they need during this difficult time.

I regret that Sunilkumar Gandabhai Patel was arrested at my store due to no fault of his own. Sunilkumar Gandabhai Patel was not only a good friend, but also a very hard working and dependable employee. Sunilkumar Gandabhai Patel began working for me and my partner in January 2026. He has never been late to work, never had any complaints from customers and was always there if we needed any shifts covered. He treated his coworkers with respect and would often be seen sharing his meals when his coworkers did not have food. The charges against Sunilkumar Gandabhai Patel were dismissed on March 30, 2026, and I know that Sunilkumar Gandabhai Patel has no other charges or convictions against him.

Sunilkumar Gandabhai Patel is not only a good person but also a dedicated husband and father who has done everything he could to provide for his family, including working double shifts just so that his family could have a better future. Since Sunilkumar Gandabhai Patel was detained, it has not only been hard on his family, but we also feel his absence at work. His absence from work is nothing in compassion to his absence in the lives of his wife and child. If Sunilkumar Gandabhai

81

Patel were to be released from detention, I assure you he will appear for all hearings and appointments scheduled by the Court and Government. I will personally ensure that he appears. I assure you that he is not a flight risk or a danger to our community. Sunilkumar Gandabhai Patel lives for his family, and he would never abandoned them. Over all the years of knowing Sunilkumar Gandabhai Patel, I assure you that he is not a threat, he is just a man trying to provide his family the best that he can.

Date:

RAJAT R. LOONIA

Sworn to Before me

On this _12_ day of _May_ 2026

NOTARY PUBLIC

RYAN SCULLY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC0033308
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES FEBRUARY 10, 2029

## AFFIDAVIT OF GOOD MORAL CHARACTER

I, Petra M. Espinal   being duly sworn, hereby declare and state as follows:

1. My name is Petra M. Espinal   I am a United States Citizen and am currently residing at 111-17 Northern Blvd. Apt AD5, Corona, NY 11368. I am over the age of eighteen and competent to make this affidavit.
2. I have personally known Sunilkumar Gandabhai Patel since approximately August 2025. We first met at his uncle's house, and since that time we have maintained a friendly and respectful relationship.
3. During the time I have known Sunilkumar Gandabhai Patel, I have found him to be honest, respectful, responsible, and compassionate toward others. He consistently demonstrates integrity and good judgment in both his personal interactions and daily conduct.
4. Sunilkumar Gandabhai Patel has always conducted himself in a manner that reflects strong moral values and respect for the community. In my experience, he is dependable, trustworthy, and considerate of others.
5. Based on my personal knowledge and observations, I firmly believe that Sunilkumar Gandabhai Patel is a person of good moral character and is deserving of favorable consideration in any matter for which this affidavit is submitted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 05-12-2026

Signature: _Petra Espinal._
Petra M. Espinal

Phone Number: 347-361-4276

Sworn to Before me
On this 12th day of May _____ 2026

_____
NOTARY PUBLIC

David Ariel Fascio
Notary Public, State of New York
01FA0046307
Qualified in Queens County
Commission Expires January 30, 20 30



83

# EXHIBIT E

84



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BOARD OF IMMIGRATION APPEALS**

Singh, Harjot
Law Offices of Harjot Singh PC
21 HOLMAN BLVD
SUITE 3
Hicksville, NY 11801

DHS/ICE Office of Chief Counsel - VHC
201 Varick Street, Rm. 1130
New York, NY 10014

Name:
PATEL, SUNILKUMAR GANDABHAI        235-321-420

Riders:

Date of Notice: 05/13/2026

**FILING RECEIPT FOR APPEAL OR MOTION**

The Board of Immigration Appeals (Board or BIA) acknowledges receipt of the appeal or motion
and fee or fee waiver request (where applicable) on  05/08/2026  , in the above-referenced
case, filed by the **Respondent**

Additional Comments
N/A

**WARNING FOR APPEALS:**

**Departure.** If you leave the United States after filing this appeal but before the Board issues a
decision, your appeal may be considered withdrawn and the Immigration Judge's decision will
become final as if no appeal had been taken (unless you are an "arriving alien" as defined in the
regulations under 8 C.F.R. § 1001.1(q)).

85

**Proof of posting voluntary departure bond.** If you have been granted voluntary departure by the Immigration Judge, you must submit proof of having posted the voluntary departure bond set by the Immigration Judge to the Board. Your submission of proof must be provided to the Board within 30 days of filing this appeal. If you do not timely submit proof to the Board that the voluntary departure bond has been posted, the Board cannot reinstate the period of voluntary departure. 8 C.F.R. § 1240.2(c)(3)(ii).

**Autostay Bond Appeals.** Please note that the automatic stay will expire 90 days from the date of receipt of the DHS' appeal. 8 C.F.R. § 1003.6(c)(3). If the Board grants the respondent's request for additional briefing time, then the 90-day automatic stay period will be tolled for the same number of days. 8 C.F.R. § 1003.6(c)(4).

**Form EOIR-27.** If the appeal was filed by DHS and the respondent/applicant wishes to be represented by an attorney or accredited representative in these new proceedings, counsel must complete a new Form EOIR-27 (Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals). Unless a Form EOIR-27 is received from counsel, the respondent/applicant will be considered pro se before the Board and all future notices, including the Board's decision, will be sent directly to the respondent/applicant and not to counsel.

## WARNING FOR MOTIONS:

**Stay of removal.** Filing a motion with the Board does not automatically stop the DHS from executing an order of removal. If the respondent/applicant is in DHS detention and is about to be removed, you may request the Board to stay the removal on an emergency basis. For more information, call the Clerk's Office at (703) 605-1007.

**Form EOIR-27.** If the motion was filed by DHS and the respondent/applicant wishes to be represented by an attorney or accredited representative in these new proceedings, counsel must complete a new Form EOIR-27 (Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals). Unless a Form EOIR-27 is received from counsel, the respondent/applicant will be considered pro se before the Board and all future notices, including the Board's decision, will be sent directly to the respondent/applicant and not to counsel.

**FILING INSTRUCTIONS:**

If you have any questions about how to file something at the Board, please review the EOIR Policy Manual, Part III: Board Practice Manual, available on EOIR's website at www.justice.gov/eoir.

Accepted by:  LynnJ

CC

87