**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Sunilkumar Gandabhai Patel,<br><br>Petitioner,<br><br>-v-<br><br>Raul Maldonado, Jr., *in his official capacity as Warden, Brooklyn Metropolitan Detention Center*, Todd M. Lyons, *in his official capacity as Acting Director of Immigration & Customs Enforcement*, William Joyce, *in his official capacity as Acting New York Field Office Director; US. Immigration & Customs Enforcement*, Todd Blanche, *in his official capacity as Acting Attorney General, U.S. Department of Justice*,<br><br>Respondents. | 2:26-cv-02622<br>(NJC) |

## ORDER

NUSRAT J. CHOUDHURY, United States District Judge:

On May 1, 2026, Petitioner filed a Petition for Writ of Habeas Corpus ("Petition"). (ECF No. 1.) On May 8, 2026, the parties appeared for a show cause hearing before the Court at which Petitioner requested leave to file an amended Petition. The Court granted the request and ordered that any amended Petition must be filed by May 15, 2026, and ordered Respondents to show cause why any amended Petition must not be granted within two business days of any such filing. (Min. Entry May 8, 2026.)

On May 14, 2026, Petitioner filed an Amended Petition for Writ of Habeas Corpus. (ECF No. 17.) On May 18, 2026, Respondents filed their Response to the Court's Order to Show Cause. (ECF No. 18.)

For reasons that will be set forth in more detail in a forthcoming opinion, Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is PROVISIONALLY GRANTED IN PART, and this Court hereby ORDERS that Respondents immediately release Sunilkumar Gandabhai Patel from custody.

The Court FURTHER ORDERS that Respondents must coordinate with Petitioner's counsel and thereafter release Petitioner, without any conditions, including but not limited to the condition of electronic monitoring, whether GPS monitoring, the ISAP mobile phone application, or any other form, into the physical care of their counsel or another mutually agreed upon person at the earliest possible time agreed upon by the parties, but no later than 11:00 p.m. today. Respondents must release Petitioner with all of his belongings that are in Respondents' possession, including but not limited to all identification and work authorization cards, clothing, and money. Respondents shall confirm compliance with these directives, including by identifying the individual to whom Petitioner was released, in a filing on the docket by May 20, 2026 at 10:00 a.m..

The Court FURTHER ORDERS that Respondents shall not deny Mr. Patel bond in any subsequent proceeding absent a change in relevant circumstances consistent with this Order.

Dated: Central Islip, New York
May 19, 2026

           */s/ Nusrat J. Choudhury*
           NUSRAT J. CHOUDHURY
           United States District Judge