

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 20, 2026

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Sunilkumar Gandabhai Patel v. Maldonado, et al.*
     No. 26-cv-2622 (Choudhury, J.)

Dear Judge Choudhury:

  This Office represents Respondents in the above-referenced action, in which Petitioner Sunilkumar Gandabhai Patel ("Petitioner") petitioned the Court for a writ of habeas corpus, challenging his detention by Immigration and Customs Enforcement ("ICE"). Respondents write in response to the Electronic Order entered earlier today (the "May 20, 2026 Order"), directing them to file a letter confirming that Petitioner has been released from custody, as set forth in the Electronic Order entered on May 19, 2026 (the "May 19, 2026 Order").

  Petitioner was released from ICE custody at the Metropolitan Detention Center ("MDC) in Brooklyn this morning, at approximately 9:40 a.m. Petitioner's counsel has confirmed that Petitioner was released from MDC without electronic monitoring, and that Petitioner was picked up from MDC by his brother-in-law.

  Petitioner then traveled to the ICE office at 26 Federal Plaza, in Manhattan, to retrieve the personal property that he had possessed when he was placed in detention. Petitioner's counsel has confirmed that ICE returned all of Petitioner's belongings, including identification cards, to him, at approximately 11 a.m.

Respondents thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ *Mary M. Dickman*
Mary M. Dickman
Assistant United States Attorneys
(631) 715-7863
mary.dickman@usdoj.gov

Cc: Counsel of record by ECF